Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*



*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3245**

------------------------------------------------------------x

PEGASUS INTEGRATED CONSULTING, CORP.,

                    Plaintiff,

      -against-

rue21, INC.

                 Defendant.

------------------------------------------------------------x

Case No.

**rue21, INC.'s**
**RULE 7.1 STATEMENT**

       Pursuant to Fed. R. Civ. P. 7.1(a) of the United States District Court for the Southern

District of New York and to enable Judges and Magistrate Judges of the Court to evaluate

possible disqualification or recusal, the undersigned counsel of record for defendant rue21, Inc.

certifies that the following (1) are corporate or other parents, subsidiaries or affiliates, securities

or other interests in which are publicly held; or (2) are publicly held corporations that own 10% or more of the stock of rue21, Inc.:

BANQUE NATIONALE de PARIS PARIBAS (traded on Paris Stock Exchange, Tokyo Stock Exchange, SEAQ International (London), MTA International (Milan) and Frankfurt Stock Exchange)

Dated:  New York, New York
       April 23, 2007

REED SMITH LLP

By:  _____
      Andrew L. Morrison (AM 1071)
      Zoe F. Feinberg (ZF 7705)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(412) 288-3131

Attorneys for Defendant
rue21, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have a caused a copy of the foregoing Rule 7.1 Statement to be served by first class United States mail, postage prepaid, this 23rd day of April, 2007, upon the following:

    Tony C. Chang, Esq.
    299 Broadway, Suite 1700
    New York, New York 10007

_____
Zoe F. Feinberg