STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

ZOE F. FEINBERG, being duly sworn, deposes and says:

1. that deponent is in the employ of Reed Smith, LLP, attorneys for defendant rue21, Inc., herein;

2. is more than 18 years of age;

3. is not a party to this action;

4. is a resident of New York, New York; and

5. that on the 23rd day of April, 2007, deponent served defendant rue21, Inc.'s Notice to the Clerk of the Supreme Court of the State of New York, New York County by first class mail, postage prepaid, addressed as follows:

Tony C. Chang, Esq.
299 Broadway, Suite 1700
New York, New York 10007

_____
ZOE F. FEINBERG

Sworn to before me this
23rd day of April, 2007

_____
Notary Public

SCOTT S. MCKESSY
Notary Public, State of New York
No. 02MC5068090
Qualified in New York County
Commission Expires October 28, 2010

- 3 -