Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,

                    Plaintiff,

       -against-

rue21, INC.

                    Defendant.
------------------------------------------------------------------x

Case No. 07 CV 3245 (WAP)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, Andrew L. Morrison, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

    1.    Michael E. Lowenstein
           REED SMITH LLP
           435 Sixth Avenue
           Pittsburgh, Pennsylvania 15219
           Telephone: (412) 288-3131
           Facsimile: (412) 288-3063

    2.    Kathleen M. K. Matthews
           REED SMITH LLP
           435 Sixth Avenue
           Pittsburgh, Pennsylvania 15219
           Telephone: (412) 288-3131
           Facsimile: (412) 288-3063

Michael E. Lowenstein and Kathleen M. K. Matthews are members in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Mr. Lowenstein and Ms. Matthews in any State or Federal court.

Dated: New York, New York
      May 1, 2007

                                  Respectfully submitted,

                                  Andrew L. Morrison (ALM 1071)
                                REED SMITH LLP
                                599 Lexington Avenue
                                New York, NY 10022
                                Telephone: 212.521.5400
                                Facsimile: 212.521.5450

Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,

                Plaintiff,

    -against-

rue21, INC.

                Defendant.
-----------------------------------------------------------------------x

Case No. 07 CV 3245 (WAP)

**AFFIDAVIT OF
ANDREW L. MORRISON
IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC VICE**

STATE OF NEW YORK   )
                                : ss.:
COUNTY OF NEW YORK )

    ANDREW L. MORRISON, being duly sworn, hereby deposes and says:

    1.    I am a member of the bar of this Court and a member of the law firm Reed Smith LLP, counsel for defendant rue21, Inc. ("rue21") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Michael E. Lowenstein and Kathleen M. K. Matthews as counsel *pro hac vice* to represent rue21 in this matter.

    2.    I am a member in good standing of the bar of the State of New York, admitted to practice on January 11, 1988. I am also a member in good standing of the bar of the United

States District Court for the Southern District of New York.

3. I have known and worked with Michael E. Lowenstein, a member of Reed Smith LLP, since January 2001. Kathleen M. K. Matthews has been an associate with my firm since September 2002.

4. Mr. Lowenstein was admitted in the Commonwealth of Pennsylvania on November 2, 1981, and is a member in good standing of the Pennsylvania Bar. Annexed hereto as Exhibit "A" is the Certificate of Good Standing for Michael E. Lowenstein, issued on April 26, 2007. I have found Mr. Lowenstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Ms. Matthews was admitted in the Commonwealth of Pennsylvania on November 1, 2002, and is a member in good standing of the Pennsylvania Bar. Annexed hereto as Exhibit "B" is the Certificate of Good Standing for Kathleen M. K. Matthews, issued on April 26, 2007. I have worked with Ms. Matthews and find her to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Michael E. Lowenstein and Kathleen M. K. Matthews, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michael E. Lowenstein and Kathleen M. K. Matthews, *pro hac vice*. Annexed hereto as Exhibit "C" is a proposed order granting the motion for admission *pro hac vice*.

**WHEREFORE** it is respectfully requested that the motion to admit Michael E. Lowenstein and Kathleen M. K. Matthews, *pro hac vice*, to represent rue21 in the above captioned matter, be granted.

_____
Andrew L. Morrison

Sworn to before me this
1st day of May, 2007

_____
Notary Public

ZOE FIONA FEINBERG
Notary Public, State of New York
No. 02FE6140862
Qualified in New York County
Commission Expires Feb. 13, 2010



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Michael Edward Lowenstein, Esq.*

### DATE OF ADMISSION

### *November 2, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 26, 2007

_____
Patricia A. Nicola
Chief Clerk



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Kathleen M. K. Matthews, Esq.*

DATE OF ADMISSION

*November 1, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 26, 2007

Patricia A. Nicola
Chief Clerk

Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,           :
                                                :    Case No. 07 CV 3245 (WAP)
                    Plaintiff,                  :
                                                :
                                                :
         -against-                              :    **ORDER FOR ADMISSION**
                                                :    **PRO HAC VICE**
rue21, INC.                                     :    **ON WRITTEN MOTION**
                                                :
                    Defendant.                  :
                                                :
-----------------------------------------------------------------------x

    Upon the motion of Andrew L. Morrison, attorney for defendant rue21, Inc. ("rue21"), and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

    1.    Michael E. Lowenstein
           REED SMITH LLP
           435 Sixth Avenue
           Pittsburgh, Pennsylvania 15219
           Telephone: (412) 288-3131
           Facsimile: (412) 288-3063
           Email: mlowenstein@reedsmith.com

  2.  Kathleen M. K. Matthews
    REED SMITH LLP
    435 Sixth Avenue
    Pittsburgh, Pennsylvania 15219
    Telephone: (412) 288-3131
    Facsimile: (412) 288-3063
    Email: kmatthews@reedsmith.com

are admitted to practice *pro hac vice* as counsel for rue21 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
   May __, 2007

                  _____
                     United States District Judge

## CERTIFICATE OF SERVICE

I, Zoe Feinberg, hereby certify that on the 1st day of May, 2007, I caused a true and correct copy of the foregoing Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit and Exhibits in support thereof, to be served by overnight courier addressed to:

> Tony C. Chang, Esq.
> 299 Broadway, Suite 1700
> New York, New York 10007

_____
Zoe Feinberg