Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,

               Plaintiff,

    -against-

rue21, INC.

               Defendant.
------------------------------------------------------------------x

Case No. 07 CV 3245 (WAP)

**ORDER FOR ADMISSION
PRO HAC VICE
<u>ON WRITTEN MOTION</u>**

    Upon the motion of Andrew L. Morrison, attorney for defendant rue21, Inc. ("rue21"), and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

    1.    Michael E. Lowenstein
           REED SMITH LLP
           435 Sixth Avenue
           Pittsburgh, Pennsylvania 15219
           Telephone: (412) 288-3131
           Facsimile: (412) 288-3063
           Email: mlowenstein@reedsmith.com

    2.        Kathleen M. K. Matthews
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: kmatthews@reedsmith.com

are admitted to practice *pro hac vice* as counsel for rue21 in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       May 14, 2007

                                                  _____
                                                  United States District Judge