Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,

        Plaintiff,

    -against-

rue21, INC.

        Defendant.
-------------------------------------------------------------------x

Case No. 07 CV 3245 (WAP)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

PLEASE TAKE NOTICE that upon the annexed Affidavit of Keith McDonough, sworn to on May 25, 2007 and the exhibits annexed thereto, the Affidavit of Carlos Gomez, sworn to on May 17, 2007 and the exhibit annexed thereto, the Affidavit of Andrew L. Morrison, sworn to on May 29, 2007 and the exhibits annexed thereto, the accompanying Memorandum of Law and upon the proceedings previously had herein, defendant rue21, Inc. will move this Court at the United States District Courthouse, 500 Pearl Street, Room 2210, New York, New York, at 10:00 a.m. on July 13, 2007, for an Order, (1) pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) or

alternatively, pursuant to 28 U.S.C. § 1406(a), dismissing the complaint for improper venue; (2) alternatively, if the Court does not dismiss the complaint for improper venue pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6) or 28 U.S.C. § 1406(a), then, pursuant to 28 U.S.C. § 1404(a) transferring this case to the United States District Court for the Western District of Pennsylvania; (3) if the Court declines to dismiss for improper venue, then, pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the complaint for failure to state a claim upon which relief may be granted; and (4) awarding such further relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that opposition papers are due to be served on June 20, 2007 and reply papers are due to be served on June 29, 2007.

Dated:   New York, New York
         May 30, 2007

REED SMITH LLP

By: _____
    Andrew L. Morrison (AM 1071)
    Zoe F. Feinberg (ZF 7705)
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(412) 288-3131

Attorneys for Defendant
rue21, Inc.

TO:   Tony C. Chang, Esq.
      299 Broadway, Suite 1700
      New York, New York 10007