EXHIBIT B IS AVAILABLE

FOR INSPECTION UPON REQUEST

AT THE OFFICES OF

REED SMITH LLP