**ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.** ~~Jr's~~ Men's

Purchase Order DEPT. # 18
Purchase Order 1027
Vendor Code 6054
To Vendor Hung Tat 1410

SALESPERSON: Frank
PHONE NO:
FAX NO: 212-568-2418
E-MAIL:

**BILL TO:** rue21
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| 3/27/06 | ASAP |

| SHIP CANCELLATION DATE | |
|---|---|
| 7/20 | 6/16 xrxy |

| DATE/FLOW | CANCEL DATE, IN D.C. |
|---|---|
| 8/5 ~~6/24~~ 7/8 | 6/20 In DC |

| TERMS | WHSE # | BUYER |
|---|---|---|
| Netleo | 59 | 10 |

SHIPPING INSTRUCTIONS: Allstar
Consolidator Used
FOB: 1) rue21 DC ✓
2) Other

Seas Code: ~~F06~~ S07

CMPTR

**ATTENTION VENDOR ("SELLER")**

**CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.**

**PACKING INSTRUCTIONS: SEE BACK**

A☐ PREPACK B☐ BUNDLE
C☐ OPEN STOCK D☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
**Vendors must fax shipping information form and detailed packing list to: (724) 776 4111**
**24 to 48 hours before shipment is scheduled for pickup**

Prepack info:

| Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY |
|---|---|---|---|---|---|---|---|

6/16 - Move flow for style R1014 - no chrg
More white color
7/5 - Move flow - no chrg
5/16 - move flow -
8/24 CX4 PO
11/20 - Flow move - No Chrg.

CROSSDOCK DETAILS: Pack 14 pcs per outer carton

Bundle info: Bundle of 1 pcs.of style or color in size range

NOTIFICATION

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | TO CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | XS 0/1 1/2 28 | S 3/4 30 | M 5/6 31 | L 7/8 32 | XL 9/10 33 | XXL 11/12 34 | 13/14 36 | 15/16 38 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1014 | 1410 | | 18 | 71 | 320 | med wash | 47 | | | Embr. bck pckt. trouser capri | 7.75 | 19.99 | 3598 | 257 | 8/5 flow | | 257 | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | R1013 | | | 18 | 71 | 320 | DK wash | 47 | | | Utility cargo capri | 7.75 | 19.99 | 3598 | 257 | 8/5 flow | | 257 | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | X 2/10 | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse:

EXT: COST/RETAIL 55.7 | 143.8 | 7196

MARKUP 61.2%

APPROVAL:

COMMENTS:

BUYERS SIGNATURE:

SPECIAL INSTRUCTIONS:
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☒
STICKER ☐

SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☒ Jr's ☐ Men's

Purchase Order DEPT. # 17
Purchase Order 2153
Vendor Code 514
To Vendor Hung Tat

SALESPERSON Frank Jane Efran
PHONE NO.
FAX NO.
E-MAIL

BILL TO: rue21
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE 5/23 | START SHIP DATE ASAP |
|---|---|
| SHIP CANCELLATION DATE 9/8X 8/26 IN D.C. | |
| ANTICIPATE/ FLOW 10.1 | CANCEL DATE IN D.C 9/11 |
| TERMS Net 60 | WHSE # 59 | BUYER 10 |

SHIPPING INSTRUCTIONS
Consolidator Used Amstar
FOB 1) rue21 DC ✓
2) Other
Seas Code 507

ATTENTION VENDOR ("SELLER")

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR 4857120

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack info:

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |
| 311 - cxl styles R1021 MIDR + R1021 MIDL - no chrg | | | | | | | |
| 322 - ext date - chrg | | | | | | | |

Sept Jack NIS
CROSSDOCK

CROSSDOCK DETAILS: Pack 8 pieces per outer carton
Bundle Info: Bundle of 8's pcs. of style or color in size range

NOTIFICATION Delivery 3TK

Jeans
$17.99 Fashion

| | VENDOR STYLE | SHORT STYLE | RE ORD. | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | 0/1 (XS) 28 | 1/2 (XS) 29 | 3/4 (S) 30 | 5/6 (M) 31 | 7/8 (L) 32 | 9/10 (XL) 33 | 11/12 (XXL) 34 | 13/14 36 | 15/16 38 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | / | / | / | / | / | / | / | / | | |
| 1. | R1021VBR | 1021 | | 17 | 15 | T39 | Vintage Blue | 47 | 71 | | Lower embroidered flap pocket | 8.60 | 19.98 | 4536 | 567 | 10/21 | | 567 | | | | | | | | = 4536 | |
| 2. | R1021VBL | 1021 | | | | T39 | ↓ | 47 | 71 | | ↓ | 8.60 | 19.98 | 4536 | 567 | 10/21 | | | | | | | | | | | |
| 3. | R1021MIDR | 1021 | | | | T39 | Midnight | 47 | 71 | | Lower embroidered flap pkt | 8.60 | 19.98 | 1304 | 163 | 10/21 | | 163 | | | | | | | | = 1304 | |
| 4. | R1021MIDL | 1021 | | | | T39 | Midnight | 47 | 71 | | ↓ | ↓ | ↓ | 1304 | 163 | 10/21 | | | | | | | | | | | |
| 5. | R1019LR | 1019 | X | | | T39 | Lt Wash | 47 | 71 | | Swirl + stud w/ pink stone embroidered bling detail | 8.60 | 19.98 | 600 | 75 | 10/28 | | 75 | | | | | | | | = 600 | |
| 6. | R1019MR | 2019 | X | | | T39 | M Wash | 47 | 71 | | Blue stones | | | 600 | 75 | | | | | | 602 | | | | | | |
| 7. | R1019MIDR | 1019 | X | | | T39 | Midnight | 47 | 71 | | Pink stones | | | 600 | 75 | | | | | | Slot 8 | | | | | | |
| 8. | R1019 MIDR | 2019 | X | | | T39 | Midnight | 47 | 71 | | Kristal Rivering Blue stones | | | 600 | 75 | | | | | | | | | | | | |
| 9. | R1019MIDL | 3019 | X | | | T39 | Midnight | 47 | 71 | | Samples ASAP Red stones | | | 600 | 75 | | | | | | | | | | | | |
| 10. | R1019 MIDR | 3019 | X | | | T39 | Midnight | 47 | 71 | | Knead tops/pipping Gold stones | | | 600 | 75 | | | | | | | | | | | | |
| 11. | R1019 LL | 1019 | | | | T39 | Lt Wash | 47 | 71 | | Pink stones | | | 600 | 75 | / | | | | | | | | | | | |
| 12. | R1019 ML | [illegible] | X | | | T39 | M Wash | 47 | 71 | | Blue stones | | | 600 | 75 | / | | | | | | | | | | | |
| 13. | R1019 MIDL | 5019 | X | ✓ | | T39 | Midnight | 47 | 71 | | Pink stones | ✓ | ✓ | 600 | 75 | ✓ | | | | | | | | | | | |

City/State of Vendor Whse: 8/25 in DC.

EXT: COST/RETAIL [illegible] 34,100 [illegible]

APPROVAL Kim Raymond 5/24/06

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET * YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

MARKUP 57

BUYERS SIGNATURE: [signature]

COMMENTS: all store / layer
* prioritize processing *

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☒ Jr's ☐ Men's

Order DEPT. # 19

Purchase Order 11-2?

Vendor Code 00654

To Vendor: Hung Tat

SALESPERSON: Eden / Jamie / Frank

PHONE NO:

FAX NO:

E-MAIL:

BILL TO: rue21
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE: 5/03 | START SHIP DATE: Ae
SHIP CANCELLATION DATE: 9/8 ✗ 8/25 In DC
ANTICIPATE FLOW: 10 ✗ | CANCEL DATE IN DC: 9/11
TERMS: Net 60 | WHSE #: 59 | BUYER: 10
SHIPPING INSTRUCTIONS: Amstar | Seas Code: 507
Consolidator Used
FOB: 1) rue21 DC ✗
2) Other

ATTENTION VENDOR ("SELLER")

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: 485126

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack info:

| Style / COLOR | QNTY | Style / COLOR | QNTY | Style / COLOR | QNTY | Style / COLOR | QNTY |
|---|---|---|---|---|---|---|---|
| 3/11 - 4YL styles R1018MR + R1018DR - no chg | | | | | | | |
| 8/22 - ext ditto chg | | | | | | | |
| 9/21 - more flow no chg | | | | | | | |
| Sept + Oct NS | | | | | | | |
| CROSSDOCK | | | | | | | |

CROSSDOCK DETAILS: Pack 8 pieces per outer carton

Bundle Info: Bundle of 8's pcs. of style or color in size range

NOTIFICATION: CS: CONRAD / JATIE

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | PACKS | FLOW DATE | LENGTH | XS 28 | S 29/30 | M 31 | L 32 | XL 33 | XXL 34 | 36 | 38 | 40 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Jeans 19.99 Fashion) | | | | | | | | | | | | | | | | 0/1, 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | 15/16 | | |
| 1. | R1018MR | 1018 | 9/2 | 19 | 75 | J29 | M WASH | 47 | 71 | HUDSON POCKET W/STONES + STUDS FLAP PKT BIGUS PKT TORN JN | 8.25 | 19.99 | 2536 | 507 | 10/14 | | 507 | / | / | / | / | / | / | / | | = 4536 |
| 2. | R1018DR | 1018 | RAW | | | | DK WASH | | | | ↓ | ↓ | 7536 | 507 | 10/14 | | | | | | | | | | | |
| 3. | — CXL — | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | R1019LR | 1019 | 7 | | | | LT WASH | | | SWIRL STUD + STONE EMBROIDERED (CLONE) STRETCH JN | 8.60 | 19.99 | 4552 | 561 | 10/1 | | 561 | | | | | | | | | = 4552 |
| 5. | R1019MR | 1019 | | | | | M WASH | | | ↓ | | | 4552 | | 10/1 9/35 | | | | | | | | | | | |
| 6. | R1019MIDR | 1019 | | | | | MIDNIGHT WASH | | | | | | 4532 | | 10/14 | | | | | | | | | | | |
| 7. | R1019ML | 1019 | | | | | M WASH | | | | | | 4532 | | 10/17 9/30 | | | | | | | | | | | |
| 8. | R1019MIDL | 1019 | | | | | MIDNIGHT WASH | | | | | | 4532 | 567 | 10/14 9/30 | | | | | | | | | | | |
| 9. | R1019LR | 1019 | | | | | LT WASH | | | SWIRL STUD + BLUE STONE EMB. STRETCH JN | | | 4536 | | 10/21 | | | | | | | | | | | |
| 10. | R1019MR | 1019 | | | | | M WASH | | | SWIRL STUD + PINK STONE EMB STRETCH JN | ↓ | ↓ | 4536 | | 10/21 9/30 | | | | | | | | | | | |
| 11. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | * Need Reference Samples | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | * Need TOPs/Pre picks | | | | | | | | | | | | | | | | |

City/State of Vendor Whse: 8/25 In DC.

EXT: COST/RETAIL 318,460 / 377,176 / 608,884

APPROVAL: [signature] 5/24/06

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET: YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC: rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ | TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ | TOP SEW ☐ | SIDE SEW ☐
STRETCH ☐ | LABEL ☐ | HANG TAG ☐
VENDOR ☐ | OTHER ☐

MARKUP: 55

BUYERS SIGNATURE: [signature]

COMMENTS: All stores. Wall program. *prioritize processing*

**ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.** ☒ Jr's ☐ Men's

Purchase Order DEPT. # 19
Purch. Order 2132
Vendor Code [illegible]
To Vendor Hunt Int

SALESPERSON: Ellen / Jane / Frank
PHONE NO:
FAX NO:
E-MAIL:

NOTIFICATION: [illegible] JFK

**BILL TO:** rue21
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE: 7/25 | START SHIP DATE: Ae
SHIP CANCELLATION DATE: 9/8X 8/25 In D.C.
ANTICIPATE TW | CANCEL DATE / IN D.C.: 9/11
TERMS: LC NITWO | WHSE #: 59 | BUYER: 10
SHIPPING INSTRUCTIONS: Consolidator Used: Amiair
FOB: 1) rue21 DC ✗ 2) Other
Seas Code: 507

**ATTENTION VENDOR ("SELLER")**

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: 835126

**PACKING INSTRUCTIONS: SEE BACK**
A☐ PREPACK B☐ BUNDLE C☐ OPEN STOCK D☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: **(724) 776 4111**
24 to 48 hours before shipment is scheduled for pickup

Prepack info:

| Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY |
|---|---|---|---|---|---|---|---|
| 8/11 - CXL styles R1018MR + R1018 DR - no chg | | | | | | | |
| 8/22 - ext dates - chg | | | | | | | |

CROSSDOCK

CROSSDOCK DETAILS: Pack 8 pcs per ctn · carton
Bundle Info: Bundle of 8's pcs. of style or color in size range

Jeans
19.99 Fashion

| # | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATO RD IB | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | 0/1 (28) | 1/2 (29) | 3/4 (30) | 5/6 (31) | 7/8 (32) | 9/10 (33) | 11/12 (34) | 13/14 (36) | 15/16 (38) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R1015MR (CXL) | [illegible] | X | 19 | 115 | J39 | Lt Wash | 47 | 71 | Hudson pocket w/ stones + studs, flap pkt, rigid, Lt Tint Jr. | 825 | 1999 | 1080 | 135 | 10/28 | | / | / | / | / | / | / | / | / | |
| 2 | R1015DR (CXL) | [illegible] | X | | | J39 | Dk Wash | 47 | 71 | | ↓ | | 1080 | 135 | 10/28 | | 135 | | | | | | | =1080 | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | R1019LR | [illegible] | X | | | J39 | Lt Wash | 47 | 71 | Swirl, stud + rhinestone embroidered stretch jn | 800 | 1999 | 1080 | 135 | 10/28 | ✓ | | | | | | | | | |
| 5 | R1019MR | [illegible] | X | | | J39 | Wash + | 47 | 71 | | | | | | 10/28 | ✓ | | | | | | | | | |
| 6 | R1019MDR | [illegible] | X | | | J39 | M/DK Wash | 47 | 71 | | | | | | 10/28 | ✓ | | | | | | | | | |
| 7 | R1019ML | [illegible] | X | | | J39 | Wash | 47 | 71 | | | | | | 10/28 | ✓ | | | | | | | | | |
| 8 | R1019MDL | [illegible] | X | | | J39 | Mid Wash | 47 | 71 | | | | | | 10/28 | ✓ | | | | | | | | | |
| 9 | R1019LL | [illegible] | X | | | J39 | Lt Wash | 47 | 71 | Swirl, stud + blue stone embroidered str. jn | 800 | 1299 | | | 11/4 | ✓ | | | | | | | | | |
| 10 | R1019MR | [illegible] | X | | | J39 | M Wash | 47 | 71 | Swirl, stud + pink stone emb. str. jn | ↓ | ↓ | ↓ | ↓ | 11/4 | ✓ | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | * Need samples ASAP | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | * Need TOPs / Prepacks (8320) (HH409) (4120) | | | | | | | | | | | | | | | |

City/State of Vendor Whse: 6/25 JrD

EXT: COST/RETAIL

APPROVAL: Kim Bernard 8/24/06

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET: YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC: rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ | TOP SEW: BIG ☐ SMALL ☐ | SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ | TOP SEW ☐ | SIDE SEW ☐
STRETCH ☐ | LABEL ☐ | HANG TAG ☐
VENDOR ☐ | OTHER ☐

MARKUP: 63

COMMENTS: Layer - Whl program

BUYERS SIGNATURE: JE

CD2384 ... CD2384

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☐ Jr's ☑ Men's

Purchase Order DEPT. # 58
Purchase Order 2334
Vendor Code WLG 514

To Vendor
521 5TH AVE SUITE 900
NY NY 10018
SALESPERSON Rick
PHONE NO 917 612 5202
FAX NO 212 [illegible] 248
E-MAIL

**BILL TO:** **rue21**
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE [illegible] | START SHIP DATE A/R
SHIP CANCELLATION DATE 10/27 X NY (10/30 in DC)
ANTICIPATE: FLOW 9/12 / 10/16 | CANCEL DATE / IN D.C. 10/30
TERMS Net 75 | WHSE # 59 | BUYER 25
SHIPPING INSTRUCTIONS Consolidator Used AMSTAC | Seas Code 507
FOB: 1) rue21 DC ✓ 2) Other

**ATTENTION VENDOR ("SELLER")**

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR 4/7/17

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☑ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack info:

| Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY |
|---|---|---|---|---|---|---|---|
| 9/21 - flow move, no charge | | | | | | | |
| 10/23 - flow move, no charge | | | | | | | |
| 11/2 - split, no charge | | | | | | | |

CROSSDOCK DETAILS: Pack 18 pieces per outer carton
Bundle Info: Bundle of 18 pcs.of style or color in size range

NOTIFICATION

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | DESCRIPTION (Denim Wh10/31) | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | 0/1 28 | 1/2 29 (XS) | 3/4 30 (S) | 5/6 31 (M) | 7/8 32 (L) | 9/10 33 (XL) | 11/12 34 (XXL) | 13/14 36 | 15/16 38 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | [illegible] | 2266 | | 58 | 251 | M1 | Denim | 41 | 78 | Zt pieced back Atlantic | 8.25 | 24.99 | 5410 | 305 | 12/2 | 30 | [illegible] | | [illegible] 3 odds | | | | | | | |
| 2. | | | | | | | | | | | | | | | 11/26 | 32 | | | 1 | 1 | 3 | | 3 | 1 | 1 | |
| 3. | [illegible] | 2277 | | | 282 | | | | | Basic small abrasion stucco | | | 5490 | 305 | 12/2 | 34 | [illegible] | | 3432 (3/4) | | | | 1 | 1 | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | [illegible] | 2238 | | | 251 | | | | | Bct crinkled 5 pkt grease | | | 3654 | 203 | 12/2 11/18 (123) | 3762 | | | 3744 (1/8) + 15 [illegible] | | | | | | | |
| 6. | | | | | | | | | | | | | | | 11/26 (85) | | SEE ATTACHED SCALE | | | | | | | | | |
| 7. | [illegible] | 2249 | | | 251 | | | | | Bct jewel [illegible] cloud | | | 2556 | 142 | 12/2 | 2540 | | | 2 20 (1/2) 20 odds | | | | | | AD | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | [illegible] | 2250 | | | 251 | | | | | Bct pt fashion [illegible] | | | 900 | 50 | 12/2 | 885 | | | [illegible] | | | | | | | |
| 10. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | [illegible] | 2311 | | | 251 | | | | | Bct [illegible] rele Light Blast | | | 4500 | 250 | 11/19 | 4372 | | | [illegible] | | | | | | | |
| 12. | | | | | | | | | | | | | | | 11/18 11/25 | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | 22,[illegible] | | | | | | | | | | | | | |

City/State of Vendor Whse: NY B2384 - 7 jackets 0261-0064-111-047 CHINTF EXT. COST/RETAIL 176.4 | 541.5 | 22590

APPROVAL [signature] 7-14-06

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☑ NO ☐
STRING ☐
SPORTSWEAR ☑
STICKER ☐
SIZE SPEC rue21 ☑ VENDOR ☐

LABEL-TAGS
rue21 ☐ | TOP SEW: BIG ☐ | SMALL ☐
CARBON ☑ | SIDE SEW: BIG ☐ | SMALL ☐
STRETCH ☐ | TOP SEW ☐ | SIDE SEW ☐
VENDOR ☐ | LABEL ☐ | HANG TAG ☐
| OTHER ☐

MARKUP 67%

COMMENTS:

BUYERS SIGNATURE: [signature]