# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

PURCHASE ORDER AND DEPT. #'S ON ALL CARTONS.

Jrs / Men's

DEPT. #: 19

Purchase Order: NEW 2100 / 5107215

To Vendor: KHACTIK LOVE, 671 S. Anderson St., LA, CA 90023

SALESPERSON: Carlos / Efren

PHONE NO.: 310-497-0673 (Carlos cell)

FAX NO.:

E-MAIL: [illegible]@yahoo.com

NOTIFICATION: Style [illegible] DATE

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AC |

| SHIP CANCELLATION DATE |
|---|
| 10/23 (10/25 in DC) |

| ANTICIPATE/FLOW | CANCEL DATE / IN D.C. |
|---|---|
| 1/11 | 10/25 |

| TERMS | WHSE # | BUYER |
|---|---|---|
| Net 75 | 59 | 10 |

SHIPPING INSTRUCTIONS: Amstar
Consolidator Used
FOB: 1) rue21 DC ✗
2) Other
Seas Code: S07

ATTENTION VENDOR ("SELLER")

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMRTR: NP 7/20

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK  B ☐ BUNDLE
C ☐ OPEN STOCK  D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack info:

| Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR |
|---|---|---|---|---|---|---|
| CROSSDOCK | | | | | | |

CROSSDOCK DETAILS: Please pack 16 pieces per carton

Bundle Info: Bundle of 16's of style or color in size range

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | SIZES (XS 0.1 / 2.3 / S 3.4 / 5.6 / M 7.8 / L 9.10 / XL 11.12 / XXL 13.14 / 15.16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1024NV ✓ | [illegible] | | 19 | 77 | J29 | denim bH# 443G Silv. | 47 | | 75 | HudsonStone bk pkt NV silver | 8.50 | 29.99 | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4[illegible] |
| 2. | R1024N3 ✓ | [illegible] | | | | | bH # 443G Gold. | | | | HudsonStone bk pkt NS - gold | 8.39 | 29.99 | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15[illegible] |
| 3. | | | | | | | | | | | | | | | | | |
| 4. | R1025 NS ✓ | [illegible] | | | | | bH # 440G | | | | blk bH/ new streaky Vag glitter belt amber scoop bk pkt. | 8.79 | 29.99 | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4[illegible] |
| 5. | R1025 NV ✓ | [illegible] | | | | | bH # 439G | | | | " copper blt / NV | 8.79 | 29.99 | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15[illegible] |
| 6. | | | | | | | | | | | | | | | | | |
| 7. | R1026M | [illegible] | | | | | bH # 438G | | | | H+G pyramid blt w/studs + dagger bk pkt midnight | 8.89 | 29.99 | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4[illegible] |
| 8. | R1027M | [illegible] | | ✓ | | | bH # 441G ✓ | | | ✓ | H+G raw edge V cutout bk pkt. web belt midnight | 8.89 | 29.99 | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15[illegible] |

Need reference Samples / TOP's / prepks ASAP

City/State of Vendor Whse: NY

EXT: COST/RETAIL 149,744 | 548,960 | 18,336

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒
CARBON ☐
STRETCH ☐
VENDOR ☐
TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
TOP SEW ☐
SIDE SEW ☐
LABEL ☐
HANG TAG ☐
OTHER ☐

MARKUP 73%

BUYERS SIGNATURE: [signature]

APPROVAL: Kim Raymond 7-19-06

COMMENTS: Cross Dock S/B XD

closed on

cxl'd on

ASN

PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☐ Jr's ☐ Men's

Purchase Order DEPT. #

Purchase Order 2190

Vendor Code

To Vendor

SALESPERSON:

PHONE NO:

FAX NO:

E-MAIL:

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| SHIP CANCELLATION DATE | |
| ANTICIPATE/ FLOW | CANCEL DATE / IN D.C. |

| TERMS | WHSE # | BUYER |
|---|---|---|

SHIPPING INSTRUCTIONS
Consolidator Used
FOB: 1) rue21 DC
2) Other

Seas Code

ATTENTION VENDOR ( SELLER )

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR

PACKING INSTRUCTIONS: SEE BACK

A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack Info:

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK DETAILS:

Bundle Info: Bundle of ______ pcs of style or color in size range

NOTIFICATION

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | DISTRIBUTION INSTRUCTIONS TOTAL UNITS | PACKS | FLOW DATE | LENGTH | XS 0,1 28 | S 1/2 29 | 3/4 30 | M 5/6 31 | L 7/8 32 | XL 9/10 33 | XXL 11/12 34 | 13/14 35 | 15/16 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | #439 | 9.20 | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | #410 | 9.58 | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | #440.01 | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | 9.42 | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | #438.92 | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | 9.48 | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | #441.98 | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse:

EXT: COST/RETAIL

APPROVAL:

COMMENTS:

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☐ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐

SIZE SPEC
rue21 ☐ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

MARKUP

BUYERS SIGNATURE:

**...HASE ORDER AND DEPT. #'S ...ST BE ON ALL CARTONS.**

☐ Jr's ☐ Men's

Purchase Order DEPT. #

Purchase Order

Vendor Code

To Vendor

SALESPERSON

PHONE NO:

FAX NO.

E-MAIL:

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE | START SHIP DATE

SHIP CANCELLATION DATE

ANTICIPATE/ FLOW | CANCEL DATE / IN D.C.

TERMS | WHSE # | BUYER

SHIPPING INSTRUCTIONS

Consolidator Used

FOB: 1) rue21 DC
2) Other

Seas Code

**ATTENTION VENDOR ("SELLER")**

**CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.**

CMPTR

**PACKING INSTRUCTIONS: SEE BACK**

A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
**Vendors must fax shipping information form and detailed packing list to: (724) 776 4111**
**24 to 48 hours before shipment is scheduled for pickup**

Prepack Info:

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK DETAILS:

Bundle Info: Bundle of ______ pcs.of style or color in size range

NOTIFICATION

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | DISTRIBUTION INSTRUCTIONS: TOTAL UNITS | PACKS | FLOW DATE | LENGTH | XS 0/1 28 | XS 1/2 29 | S 3/4 30 | M 5/6 31 | L 7/8 32 | XL 9/10 33 | XXL 11/12 34 | 13/14 35 | 15/16 38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse:

EXT. COST/RETAIL

APPROVAL

COMMENTS:

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES☐ NO☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐

SIZE SPEC
rue21 ☐ VENDOR ☐

LABEL-TAGS

rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

MARKUP

BUYERS SIGNATURE:

MUST MARK ALL CARTONS. ☒ Jrs ☐ Men's

DEPT. # 19

NEW 2100 ... 3703216

To Vendor: K.HACTIK LOVE
1711 S. ... St.
LA, CA 90023
SALESPERSON: Carlos/Efren
PHONE NO. 310-447-4675 (Carlos cell)
FAX NO.
EMAIL: ...@yahoo.com

NOTIFICATION: Size bed ...

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE: 7-19-06 | START SHIP DATE: AC
SHIP CANCELLATION DATE: 10/23 (10/25 in DC)
ANTICIPATE FLOW | CANCEL DATE IN DC
TERMS: Net 75 | WHSE #: 57 | 10
SHIPPING INSTRUCTIONS: Consolidator Used: Amstar
FOB: 1) rue21 DC ✓ 2) Other
Seas Code: S07

CARRIER: NP/120

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK  B ☐ BUNDLE
C ☐ OPEN STOCK  D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

CROSSDOCK

CROSSDOCK DETAILS: Please pack 16 pieces per ...
Bundle Info: Bundle of 16's of style or color in size range

| # | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | SIZES (XS S M L XL XXL) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RIC24NV | [illegible] | | 19 | 77 | J29 | denim | 47 | | 75 | HudsonStone bk pkt NV-silver | 8.50 | | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4 |
| 2 | RIC24NS | [illegible] | | ↓ | ↓ | ↓ | ↓ | ↓ | | ↓ | HudsonStone bk pkt NS-gold | 8.50 | | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15 |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | RIC25NS | [illegible] | | | | | | | | | blk bk/ new streaky Yagglitterbelt amber scoop bk pkt | 8.50/95 | | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4 |
| 5 | RIC25NV | [illegible] | | | | | | | | | " copper bt / NV | 8.50/95 | | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15 |
| 6 | | | | | | | | | | | | | | | | | |
| 7 | RIC26M | [illegible] | | | | | | | | | H+G pyramid blt w/studs + dagger ... blk pkt midnight | 8.50/94 | | 4608 | 288 | | 288 288 288 288 288 288 288 288 = 4 |
| 8 | | | | | | | | | | | | | | | | | |
| 9 | RIC27M | [illegible] | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | H+G raw edge cutout bk pkt w/ belt midnight | 8.50/94 | | 1504 | 94 | | 94 94 94 94 94 94 94 94 = 15 |
| 10 | | | | | | | | | | | Need reference samples/TOP's/preps ASAP | | | | | | |

City/State of Vendor Whse: n/a

EXT: COST/RETAIL 115,728 | 18,336 | MARKUP

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW. BIG ☐ SMALL ☐
SIDE SEW. BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

APPROVAL: Kim Raymond 7-19-06
COMMENTS: CROSS DOCK S/B XD

BUYERS SIGNATURE: [signature]

**ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.** ☒ Jrs ☐ Men's

Purchase Order DEPT. # 19

Purchase Order NEW

Vendor Code 1007215

To Vendor: KHACTIK LOVE
671 S. Alameda St.
LA, CA 90023

SALESPERSON: Carlos / Efren
PHONE NO.: 213-447-0673 (Carlos cell)
FAX NO.:
E-MAIL: [illegible]@yahoo.com

NOTIFICATION: Vsku LBD DATE

**rue21**
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AC |

SHIP CANCELLATION DATE: 10/23 (10/25 in DC)

ANTICIPATE/FLOW | CANCEL DATE: IN D.C.

| TERMS | WHSE # | BUYER |
|---|---|---|
| net 75 | 59 | 10 |

SHIPPING INSTRUCTIONS
Consolidator Used: Amstar
FOB: 1) rue21 DC ☒
2) Other
Seas Code: 801

**CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.**

CMRTR: NP 1/20

**PACKING INSTRUCTIONS: SEE BACK**
A ☐ PREPACK   B ☐ BUNDLE
C ☐ OPEN STOCK   D ☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: **(724) 776 4111**
24 to 48 hours before shipment is scheduled for pickup

CROSSDOCK

CROSSDOCK DETAILS: Please pack 12 pieces per color/[illegible]

Bundle Info: Bundle of 12 S pcs of style or color in size range

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | XS 26 | S 28 | S 30 | M 31 | L 32 | XL | XXL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | 1 | 2 | 2 | 2 | 2 | 2 | 1 | |
| 1. | R1024NV | 1024 | | 19 | 77 | 012 | denim | 47 | | 75 | HudsonStone bk pkt NV-silver | 8.50 | | 3456 | 288 | | 288 | 576 | 576 | 576 | 576 | 576 | 288 | =3456 |
| 2. | R1024NS | 1024 | | ↓ | ↓ | ↓ | ↓ | ↓ | | ↓ | HudsonStone bk pkt NS-gold | 8.50 | | 1128 | 94 | | 94 | 188 | 188 | 188 | 188 | 188 | 94 | =1128 |
| 3. | | | | | | | | | | | ~~blk wht/ black streaky~~ new | | | | | | | | | | | | | |
| 4. | R1025NS | 1025 | | | | | | | | | Vagglitterblet winter scoop bk pkt | 8.50/95c | | 3456 | 288 | | 288 | 576 | 576 | 576 | 576 | 576 | 288 | =3456 |
| 5. | R1025NV | 1025 | | | | | | | | | " copper blt/NV | 8.50/95c | | 1128 | 94 | | 94 | 188 | 188 | 188 | 188 | 188 | 94 | =1128 |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | R1026M | 1026 | | | | | | | | | H+G pyramid blt w/studs + [illegible] bk pkt midnight | 8.50/.42 | | 3456 | 288 | | 288 | 576 | | | | | 288 | =3456 |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | R1027M | 1027 | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | H+G raw edge [illegible] bk pkt webbelt midnight | 8.50/.94 | | 1128 | 94 | | 94 | 188 | | | | | 94 | =1128 |
| 10. | | | | | | | | | | | Need reference samples/TOP's/preprods ASAP | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT: COST/RETAIL 111,[illegible]

MARKUP [illegible]

APPROVAL: [signature] 7-19-06

COMMENTS: CROSS DOCK S/B XD

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐

SIZE SPEC rue21 ☒ VENDOR ☐

rue21 ☒ CARBON ☐ STRETCH ☐ VENDOR ☐

LABEL-TAGS
TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
TOP SEW ☐ SIDE SEW ☐
LABEL ☐ HANG TAG ☐
OTHER ☐

BUYERS SIGNATURE: [signature]

**ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.** ☒ Jrs ☐ Men's

Purchase Order DEPT. # 19
Purchase Order NEW 2190
Vendor Code 0 0 7 2 5

To Vendor KHACTIK LOVE
671 S. Anderson St.
LA, CA 90023
SALESPERSON Carlos / Efren
PHONE NO 310-497-0673 (Carlos Cell)
FAX NO
E-MAIL Dongomez@yahoo.com

**rue21**
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE 7-19-06 | START SHIP DATE AC
SHIP CANCELLATION DATE 10/23 (10/25 in DC)
ANTICIPATE/ FLOW | CANCEL DATE / IN DC
TERMS Net 75 | WHSE # 59 | BUYER 10
SHIPPING INSTRUCTIONS Consolidator Used Amstar | Seas Code S07
FOB: 1) rue21 DC ☒ 2) Other

**CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.**

CMPTR NP 7/20

**PACKING INSTRUCTIONS: SEE BACK**
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: **(724) 776 4111**
24 to 48 hours before shipment is scheduled for pickup

| Style | COLOR | QNTY | Style | COLOR | QNTY | Style | COLOR | QNTY | Style | COLOR | QNTY |
|---|---|---|---|---|---|---|---|---|---|---|---|

CROSSDOCK

CROSSDOCK DETAILS: Please Pack 12 pieces per carton / Carton
Bundle Info: Bundle of 12's pcs of style or color in size range

NOTIFICATION V Style LBL DATE

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | XS (0 1 / 29) | S (2 3 / 29 30) | M (5 6 / 31) | L (7 8 / 32) | XL (9 10 / 33) | XXL (11 12 / 34) | (13 14) | (15 16) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1024NV | 1024 | | 19 | 77 | JR | denim | 47 | 75 | HudsonStone bk pkt NV-silver | 8.50 | | 3456 | 288 | | 288 | 576 | 576 | 576 | 576 | 576 | 288 | =3456 |
| 2. | R1024NS | 1025 | | | | | | | | HudsonStone bk pkt NS-gold | 8.50 | | 1128 | 94 | | 94 | 188 | 188 | 188 | 188 | 188 | 94 | =1128 |
| 3. | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | R1025 NS | 1026 | | | | | | | | Vag glitter belt blk belt/ new streaky amber stoop bk pkt. | 8.50 | | 3456 | 288 | | 288 | 576 | 576 | 576 | 576 | 576 | 288 | =3456 |
| 5. | R1025 NV | 1027 | | | | | | | | " " copper belt / NV | 8.50 | | 1128 | 94 | | 94 | 188 | 188 | 188 | 188 | 188 | 94 | = 1128 |
| 6. | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | R1026M | 1028 | | | | | | | | H+G pyramid blt w/studs + dagger bk pkt midnight | 8.50 | | 3456 | 288 | | 288 | 576 | — | | | 576 | 288 | =3456 |
| 8. | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | R1027M | 1029 | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | H+G raw edge ♡ cutout bk pkt · web belt midnight | 8.50 | | 1128 | 94 | | 94 | 188 | — | | | 188 | 94 | = 1128 |
| 10. | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | Need reference | | | | | | | | | | | | | |
| 12. | | | | | | | | | | samples/TOP's/preps. | | | | | | | | | | | | | |
| 13. | | | | | | | | | | ASAP | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT: COST/RETAIL 116,892 | 31,152
MARKUP

APPROVAL KimBaynard 7-19-06
COMMENTS: Cross Dock S/B XD

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW. BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

BUYERS SIGNATURE: [signature]