# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☒ Jrs ☐ Men's

Purchase Order DEPT. # 19
Purchase Order NEW
Vendor Code 100713

To Vendor K-HACTIK LOVE
671 S. Alameda St.
LA, CA 90023
SALESPERSON Carlos/Efren
PHONE NO 310-497-6673 (Carlos cell)
FAX NO
E-MAIL [email handwritten, partly illegible]@yahoo.com

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AC |

SHIP CANCELLATION DATE: 10/23 (10/25 in DC)

ANTICIPATE/ FLOW | CANCEL DATE - IN DC

| TERMS | WHSE # | BUYER |
|---|---|---|
| net 75 | 59 | 10 |

SHIPPING INSTRUCTIONS
Consolidator Used Amstar
FOB: 1) rue21 DC ☒
2) Other
Seas Code S07

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMRTR NP1/20

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK

CROSSDOCK DETAILS: Please pack 12 pieces per carton
Bundle Info: Bundle of 12's pcs of style or color in size range

NOTIFICATION: No SKU [illegible] DATE

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | XS 0 1 / 25 | S 3 4 / 28 | M 5 6 / 30 | L 7 8 / 31 | XL 9 10 / 32 | XXL 11 12 / 33 | 13 14 / 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1024NV | 1024 | | 19 | 77 | JR | denim | 47 | | 75 | HudsonStone bk pkt NV-silver | 8.52 | | 3456 | 288 | | | 288 | 576 | 576 | 576 | 576 | 576 | 288 =345 |
| 2. | R1024NS | [illegible] | | ↓ | ↓ | ↓ | ↓ | ↓ | | ↓ | HudsonStone bk pkt NS-gold | 8.52 | | 1128 | 94 | | | 94 | 188 | 188 | 188 | 188 | 188 | 94 =112 |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | R1025 NS | [illegible] | | | | | | | | | blk hi/lt streaky Yagg glitter blt anchor scoop bk pkt | 8.50/ 959 | | 3456 | 288 | | | 288 | 576 | 576 | 576 | 576 | 576 | 288 =34 |
| 5. | R1025 NV | [illegible] | | | | | | | | | " copper bit / NV | 8.50/ 950 | | 1128 | 94 | | | 94 | 188 | 188 | 188 | 188 | 188 | 94 = 112 |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | R1026M | [illegible] | | | | | | | | | H+G pyramid blt w/studs + 2 [illegible] bk pkt. midnight | 8.50/ 942 | | 3456 | 288 | | | 288 | 576 | — | — | — | 576 | 288 =34 |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | R1027M | [illegible] | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | H+G raw edge V cutout bk pkt. w/ belt midnight | 8.50/ 948 | | 1128 | 94 | | | 94 | 188 | — | — | — | 188 | 94 = 112 |
| 10. | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | | | | | | | | | | |

Need reference samples/TOP's/preps ASAP

City/State of Vendor Whse: n/a

EXT: COST/RETAIL 111,892 | 13,152

MARKUP

SPECIAL INSTRUCTIONS
Specs. trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC
rue21 ☒ VENDOR ☐

rue21 ☒
CARBON ☐
STRETCH ☐
VENDOR ☐

LABEL-TAGS
TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
TOP SEW ☐ SIDE SEW ☐
LABEL ☐ HANG TAG ☐
OTHER ☐

BUYERS SIGNATURE: [signature]

APPROVAL [signature] 7-19-06

COMMENTS: CROSS DOCK 5/B XD

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☒ Jrs ☐ Men's

DEPT. # 19

Purchase Order: NEW [illegible] 3313

To Vendor: Y-HACTIK-LOVE
[illegible] S Anderson St.
LA, CA 90023
Sales Person: Carlos/Efren
Phone No: 310-447-0673 (Carlos cell)
E-Mail: [illegible]@yahoo.com

BILL TO: **rue21**
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AC |

| SHIP CANCELLATION DATE | |
|---|---|
| 10/23 (10/25 in DC) | |

| ANTICIPATE FLOW | CANCEL DATE IN DC |
|---|---|
| | |

| TERMS | WHSE # | ROUTE# | CMRTR |
|---|---|---|---|
| net 75 | 59 | 10 | NY 1/10 |

SHIPPING INSTRUCTIONS: Amstar
Consolidator Used
FOB: 1) rue21 DC ☒ 2) Other
Seas Code: 851

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

CROSSDOCK

CROSSDOCK DETAILS: Please Pack 16 pieces per carton
Bundle Info: Bundle of 16's of style or color in size range

NOTIFICATION: [illegible]

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | PACKS | SIZES (1 3 5 7 9 11 13 15) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1C24NV | [illegible] | | 19 | 77 | J29 | denim | 47 | | 75 | Hudson Stone blk pkt NV-silver | 5.50 | | 4608 | 288 | 288 288 288 288 288 288 288 288 = 4608 |
| 2. | R1C23NS | | | | | | | | | | Hudson Stone blk pkt NS-gold | 5.50 | | 1504 | 94 | 94 94 94 94 94 94 94 94 = 1504 |
| 3. | | | | | | | | | | | | | | | | |
| 4. | R1C25 NS | | | | | | | | | | Yag glitter belt blk w/ new streaky embr scoop bk pkt. | 8/9 | | 4608 | 288 | 288 288 288 288 288 288 288 288 = 4608 |
| 5. | R1C25 NV | | | | | | | | | | " copper bt / NV | 8/9 | | 1504 | 94 | 94 94 94 94 94 94 94 94 = 1504 |
| 6. | | | | | | | | | | | | | | | | |
| 7. | R1C26 M | | | | | | | | | | H+G pyramid blt w/studs + [illegible] bk pkt midnight | 8/8.92 | | 4608 | 288 | 288 288 288 288 288 288 288 288 = 4608 |
| 8. | | | | | | | | | | | | | | | | |
| 9. | R1C27M | | | | | | | | | | H+G raw edge [illegible] bk pkt w/ belt midnight | 8/8.92 | | 1504 | 94 | 94 94 94 94 94 94 94 94 = 1504 |
| 10. | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | Need reference | | | | | |
| 12. | | | | | | | | | | | Samples/TOP's/preps | | | | | |
| 13. | | | | | | | | | | | ASAP | | | | | |

City/State of Vendor Whse: [illegible]

EXT. COST/RETAIL 149,144 8,336

MARKUP

APPROVAL Kim Reynolds 7-19-06

COMMENTS: CROSS DOCK S/B XD

BUYERS SIGNATURE: [illegible]

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.

DEPT. # 19

NEW

To Vendor: KHACTIK LOVE
6311 S. Anderson St.
LA, CA 90023
SALESPERSON: Carlos / Eileen
PHONE NO: 310-497-0673 (cell Carlos)
FAX NO:
E-MAIL: pdoygcmez109@yahoo.com

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE (724) 776-9780 FAX: (724) 776-4111

ORDER DATE: 7-11-06
START SHIP DATE: AL
SHIP CANCELLATION DATE:
ANTICIPATE FLOW:
CANCEL DATE - IN DC: 11/21
TERMS: net 75
WHSE #: 59
BUYER: 10
SHIPPING INSTRUCTIONS: Amstar
Consolidator Used
FOB rue21 DC X
2 Other
Seas Code: SC7

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: N/A

PACKING INSTRUCTIONS: SEE BACK

A ☐ PREPACK  B ☐ BUNDLE
C ☐ OPEN STOCK  D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

| Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR | QNTY | Style COLOR |
|---|---|---|---|---|---|---|

CROSSDOCK

CROSSDOCK DETAILS: Pack 16 pieces per carton

Bundle Info: Bundle of 16's pcs of style or color in size range

NOTIFICATION: 15th LED DATE

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL FOR PRE-TICKETING | TOTAL UNITS | FLOW DATE | XS | S | M | L | XL | XXL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | |
| 1 | K1023PD | [illegible] | | 19 | 76 | J29 | denim | 47 | 73 | | Miss Me stitch destroyed potassium dk (cs sample) | 8.50 | | 4656 291 | | 291 | 291 | 291 | 291 | 291 | 291 | 291 | 291 = 4 |
| 2 | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | K1029RR | [illegible] | | 19 | 76 | J29 | denim | 47 | 73 | | Rock-n-Revival lappet med wash (Fleur-de-lis) | 8.50 | | 4784 299 | | 299 | 299 | 299 | 299 | 299 | 299 | 299 | 299 = [illegible] |
| 4 | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | Need reference samples ASAP | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | Need TOPs / repacks | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT: COST/RETAIL 80240 / 9440

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

MARKI

BUYERS SIGNATURE: ✓

APPROVAL: Kimberly 7-9-06

COMMENTS: Cross Dock S/B XD

11/21 in d.c.

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ALL PURCHASE ORDER AND DEPT. # S MUST BE ON ALL CARTONS. ☒ Jr's ☐ Mens

Purchase Order, DEPT. #: 19

Purchase Order: NEW 2[illegible]

Vendor Code: 0107125

To Vendor: KHAOTIK LOVE
611 S. Anderson St.
LA, CA 90023

SALESPERSON: Carlos/Eileen

PHONE NO: 310-497-0673 (cell Carlos)

FAX NO:

E-MAIL: ponygomez69@yahoo.com

NOTIFICATION: 1SW LBD JATC

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AL |

| SHIP CANCELLATION DATE | |
|---|---|
| 10/23 (10/25 D.C.) | |

| ANTICIPATE/ FLOW | CANCEL DATE / IN D.C. |
|---|---|
| 12/2 | 10/25 |

| TERMS | WHSE # | BUYER |
|---|---|---|
| Net 75 | 59 | 10 |

SHIPPING INSTRUCTIONS: Consolidator Used: Amstar
FOB: 1) rue21 DC ☒ 2) Other ______

Seas Code: S07

ATTENTION VENDOR ( SELLER )

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: NP 7/20

PACKING INSTRUCTIONS: SEE BACK
A☐ PREPACK B☐ BUNDLE
C☐ OPEN STOCK D☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

Prepack Info:

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK

CROSSDOCK DETAILS: Pack 16 pieces per outer carton

Bundle Info: Bundle of 16's pcs of style or color in size range

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | PACKS | FLOW DATE | 0/1 (26) | 1/2 (28) | 3/4 (30) | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | 15/16 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | K1028PD | 1030 | | 19 | 76 | J29 | denim | 47 | 73 | Miss Me sd tab destroyed potassium dk (CS sample) | 8.50 | 24.99 | 4656 | 291 | 1/2 | 291 | 291 | 291 | 291 | 291 | 291 | 291 | 291 | | =46[illegible] |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | R1029RR | 1031 | | 19 | 76 | J29 | denim | 47 | 73 | Rock-n-Revival loppkt med. wash (Fleur-di-lis) | 8.50 | 24.99 | 4784 | 299 | | 299 | 299 | 299 | 299 | 299 | 299 | 299 | 299 | | =47[illegible] |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | Need reference samples ASAP | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | Need TOPs / prepacks | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT. COST/RETAIL: 80240 235,9[illegible] / 94440

MARKUP: 100%

APPROVAL: Kim [illegible] 7-19-06

COMMENTS: Cross Dock S/B XD

BUYERS SIGNATURE: [illegible]

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET: YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐

SIZE SPEC: rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

ALL PURCHASE ORDER AND DEPT #'S MUST BE ON ALL CARTONS. ☒ Jr's ☐ Men's

Purchase Order # DEPT. # 19

Purchase Order NEW 2536

Vendor Code 007235

To Vendor KHAOTIK LOVE
671 S. Anderson St.
LA, CA 90023

SALESPERSON: Carlos/Eileen

PHONE NO: 310-497-0673 (cell Carlos)

FAX NO:

E-MAIL: ponygomez69@yahoo.com

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| 7-19-06 | AR |

| SHIP CANCELLATION DATE | |
|---|---|
| 10/23 (10/25 D.C.) | |

| ANTICIPATE/ FLOW | CANCEL DATE / IN D.C. |
|---|---|
| | |

| TERMS | WHSE # | BUYER |
|---|---|---|
| net 75 | 59 | 10 |

SHIPPING INSTRUCTIONS: Consolidator Used Amstar
FOB: 1) rue21 DC X
2) Other

Seas Code: S07

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: NP1/120

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK

CROSSDOCK DETAILS: Pack 12 pieces per carter carton

Bundle Info: Bundle of 12's pcs.of style or color in size range

NOTIFICATION: VSW, LBOD, JATK

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | PACKS | FLOW DATE | LENGTH | XS 0 1 / 28 | (1/2) 29 | S (3/4) 30 | M (5/6) 31 | L (7/8) 32 | XL (9/10) 33 | XXL (11/12) 34 | (13/14) 35 | 15/16 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | R1028PD | 1030 | | 19 | 76 | J12 | denim | 47 | 73 | | Miss Me sd tab destroyed (as sample) potassium dk | 8.50 | | 3492 | 291 | | | | 1 | 2 | 2 | 2 | 2 | 2 | 1 | |
| 2 | | | | | | | | | | | | | | | | | | | 291 | 582 | 582 | 582 | 582 | 582 | 291 = 3 |
| 3 | R1029RR | 1031 | | 19 | 76 | J12 | denim | 47 | 73 | | Rock-n-Revival logo pkt med. wash (Fleur-di-lis) | 8.50 | | 1 3588 | 299 | | | | 299 | 598 | 598 | 598 | 598 | 598 | 299 = 3 |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | Need reference samples ASAP | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | Need TOPs / prepacks | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT. COST/RETAIL (60180) (7080)

MARKUP

APPROVAL Kimberlee [illegible] 7-19-06

COMMENTS: Cross Dock S/B XD

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

LABEL-TAGS
rue21 ☒ TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
CARBON ☐ TOP SEW ☐ SIDE SEW ☐
STRETCH ☐ LABEL ☐ HANG TAG ☐
VENDOR ☐ OTHER ☐

BUYERS SIGNATURE: [illegible]

PURCHASE ORDER AND DEPT. #'S ARE ON ALL CARTONS.

☑ Jr's ☐ Men's

Purchase Order , DEPT. #

Purchase Order 2535

Vendor Code

To Vendor

SALESPERSON:

PHONE NO:

FAX NO:

E MAIL:

# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

| ORDER DATE | START SHIP DATE |
|---|---|
| SHIP CANCELLATION DATE 12/25 DC | |
| ANTICIPATE/ FLOW | CANCEL DATE / IN D.C. |

| TERMS | WHSE # | BUYER |
|---|---|---|

SHIPPING INSTRUCTIONS

Consolidator Used

FOB: 1) rue21 DC

2) Other

Seas Code

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR

PACKING INSTRUCTIONS: SEE BACK

A ☐ PREPACK B ☐ BUNDLE

C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS

Vendors must fax shipping information form and detailed packing list to: (724) 776 4111

24 to 48 hours before shipment is scheduled for pickup

| Style | | Style | | Style | | Style | |
|---|---|---|---|---|---|---|---|
| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |

CROSSDOCK DETAILS:

Bundle Info: Bundle of ___ pcs.of style or color in size range

NOTIFICATION

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | DISTRIBUTION INSTRUCTIONS TOTAL UNITS | # PACKS | FLOW DATE | LENGTH | XS 0/1 28 | S 1/2 29 | 3/4 30 | M 5/6 31 | L 7/8 32 | XL 9/10 33 | XXL 11/12 34 | 13/14 35 | 15/16 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse:

EXT. COST/RETAIL

APPROVAL

COMMENTS:

SPECIAL INSTRUCTIONS

Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☐ NO ☐

STRING ☐

SPORTSWEAR ☐

STICKER ☐

SIZE SPEC rue21 ☐ VENDOR ☐

LABEL-TAGS

rue21 ☒ TOP SEW: BIG ☐ SMALL ☐

SIDE SEW: BIG ☐ SMALL ☐

CARBON ☐ TOP SEW ☐ SIDE SEW ☐

STRETCH ☐ LABEL ☐ HANG TAG ☐

VENDOR ☐ OTHER ☐

MARKUP

BUYERS SIGNATURE:

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS. ☒ Jr's ☐ Men's

Purchase Order DEPT. # 19
Purchase Order NEW 2636
Vendor Code D0 7316

To Vendor KHAOTIK LOVE
6511 S. Anderson St.
LA, CA 90023
SALESPERSON: Carlos/Efren
PHONE NO: 310-497-0673 (cell Carlos)
FAX NO:
E-MAIL: ponygomez2@yahoo.com

rue21
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

ORDER DATE: 7-19-06 | START SHIP DATE: AR
SHIP CANCELLATION DATE: 10/23 (10/25 D.C.)
ANTICIPATE. FLOW | CANCEL DATE / IN D.C.
TERMS: Net 75 | WHSE #: 59 | BUYER: 10
SHIPPING INSTRUCTIONS: Amstar | Sens Code: S07
Consolidator Used
FOB: 1) rue21 DC X
2) Other

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

CMPTR: NP 11/10

PACKING INSTRUCTIONS: SEE BACK
A ☐ PREPACK B ☐ BUNDLE
C ☐ OPEN STOCK D ☒ CROSS DOCK

ADVANCE NOTIFICATION INSTRUCTIONS
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

| COLOR | QNTY | COLOR | QNTY | COLOR | QNTY | COLOR | QNTY |
|---|---|---|---|---|---|---|---|

CROSSDOCK

CROSSDOCK DETAILS: Pack 16 pieces per outer carton
Bundle Info: Bundle of 16's pcs.of style or color in size range

NOTIFICATION: Slw. LBD JATK

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATTRIB | CODE | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | PACKS | FLOW DATE | LENGTH | XS 0-1 | XS 1-2 | S 3-4 | S 5-6 | M 7-8 | L 9-10 | XL 11-12 | XXL 13-14 | 15-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | K1023PD | 1020 | | 19 | 76 | J29 | denim | 47 | 73 | | Miss Me sd tab destroyed (as sample) potassium dk | 8.50 | | 4656 291 | | | | 291 | 291 | 291 | 291 | 291 | 291 | 291 | 291 = 4 | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | K1029RR | 131 | | 19 | 76 | J29 | denim | 47 | 73 | | Rock-n-Revival lappkt. med. wash (fleur-de-lis) | 8.50 | | 4784 299 | | | | 299 | 299 | 299 | 299 | 299 | 299 | 299 | 299 = 2 | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | Need reference samples | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | ASAP | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | Need TOPs / prepacks | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

EXT. COST/RETAIL 80240

7440

MARKU

APPROVAL: Kimberly 7-19-06

COMMENTS: Cross Dock S/B XD

SPECIAL INSTRUCTIONS
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

PRETICKET YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPEC rue21 ☒ VENDOR ☐

rue21 ☒ CARBON ☐ STRETCH ☐ VENDOR ☐

LABEL-TAGS
TOP SEW: BIG ☐ SMALL ☐
SIDE SEW: BIG ☐ SMALL ☐
TOP SEW ☐ SIDE SEW ☐
LABEL ☐ HANG TAG ☐
OTHER ☐

BUYERS SIGNATURE: [signature]