Andrew L. Morrison (AM 1071)
Zoe F. Feinberg (ZF 7705)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400

Michael E. Lowenstein (ML 5876)
Kathleen M. K. Matthews (KM 9138)
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-3131

*Attorneys for rue21, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
PEGASUS INTEGRATED CONSULTING, CORP.,

            Plaintiff,

    -against-

rue21, INC.

            Defendant.
-----------------------------------------------------------------x

Case No. 07 CV 3245 (WAP)

**AFFIDAVIT OF ANDREW L. MORRISON IN SUPPORT OF rue21 INC.'S MOTION TO DISMISS THE COMPLAINT**

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF NEW YORK  )

    ANDREW L. MORRISON, being duly sworn, hereby deposes and says:

    1.    I am a member of the bar of this Court and a member of the law firm of Reed Smith LLP, counsel for defendant rue21, Inc. ("rue21"). I submit this affidavit (1) in support of rue21's motion for an Order either dismissing this action or transferring this action to the Western District of Pennsylvania; and (2) to place before the Court true and correct copies of documents referred to in the accompanying Memorandum of Law. I have personal knowledge of the facts set forth below.

- 2 -

2.  Annexed hereto as Exhibit "A" is a true and correct copy of Plaintiff's counsel, Tony Chang, Esq.'s letter to the Honorable William H. Pauley, III, dated April 30, 2007.

3.  Annexed hereto as Exhibit "B" is a true and correct copy of Plaintiff Pegasus Integrated Consulting, Corp.'s complaint filed in this action.

WHEREFORE, defendant rue21 respectfully requests the Court to award rue21 the specific relief requested in the accompanying notice of motion and to award rue21 such further relief as the Court deems proper.

_____
Andrew L. Morrison

Sworn to before me this
29th day of May, 2007

_____
Notary Public

ZOE FIONA FEINBERG
Notary Public, State of New York
No. 02FE6140862
Qualified in New York County
Commission Expires Feb. 13, 2010