## CERTIFICATE OF SERVICE

I, Zoe Feinberg, hereby certify that on the 30th day of May, 2007, I caused a true and correct copy of the foregoing Notice of Motion to Dismiss the Complaint, or in the Alternative, to Transfer Venue, Affidavits and Exhibits in support thereof, to be served by first class mail, postage prepaid, addressed to:

> Tony C. Chang, Esq.
> 299 Broadway, Suite 1700
> New York, New York 10007

_____
Zoe Feinberg