*EXHIBIT 1*





# rue21

800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE: (724) 776-9780 FAX: (724) 776-4111

**ATTENTION VENDOR ("SELLER")**

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

**PACKING INSTRUCTIONS: SEE BACK**

A ☐ PREPACK    B ☐ BUNDLE
C ☐ OPEN STOCK    D ☒ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: **(724) 776 4111**
24 to 48 hours before shipment is scheduled for pickup

BILL TO:

ORDER DATE  5/00    START SHIP DATE  8/25 TO FT DC
SHIP CANCELLATION DATE
ANTICIPATE/FLOW 10    WHSE #
TERMS  Net 60    BUYER  10
SHIPPING INSTRUCTIONS: Consolidator Used  X
FOB: 1) rue21 DC    2) Other    Sees Code  5

SALESPERSON:  Emberly Marie Frank
PHONE NO:
FAX NO:
E-MAIL:

ORDER AND DEPT. #'S  ☒ Jr's  ☐ Men's
ON ALL CARTONS.
DEPT #  2160
Purchase Order
Purchase Order
Vendor Code
To Vendor  HUNG TAT

| # | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | A T C/T O D R I E B | DESCRIPTION | COST | RETAIL FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | R1018MR | | | 10 | 15 | | MWASH | | | Hudson Pocket w/Stones Studs Flap Pkt Regular | B 25 | 19.99 | 4/5384 | | 10/14 |
| 2. | R1018DR | | | | | | DKWASH | | | Turn IN | | | 45384 | | 10/14 |
| 3. | | | | | | | | | | | | | | | |
| 4. | R1019LR | | | | | | BLT WGHT | | | Swirl Stud-Store Emphasize Glam Sparkle IN | | 19.99 | 4/5584 | | 10/7 |
| 5. | R1019MR | | | | | | M WASH MEDIUM | | | | | | 45584 | | 10/7 |
| 6. | R1019DR | | | | | | MIDNIGHT | | | | | | 45584 | | 10/14 |
| 7. | R1019ML | | | | | | M WASH MEDIUM | | | | | | 45584 | | 10/17 |
| 8. | R1019MR | | | | | | MIDNIGHT | | | Swirl Stud + Blue Gone emb Strap Stitch IN | | | 45584 | | 10/14 |
| 9. | R1019LR | | | | | | LT WGHT | | | Swirl Stud + Pink Store Emph Stitch IN | | | 45584 | | 10/21 |
| 0. | R1019MR | | | | | | M WASH MEDIUM | | | | | | 45584 | | 10/21 |
| 1. | | | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | | | |

**EXT: COST/RETAIL**

**LABEL TAGS**
| TOP SEW: ☒ | SIDE SEW: BIG ☐ | SMALL ☐ |
| SIDE SEW: BIG ☐ | SMALL ☐ | |
| rue21 ☒ | TOP SEW ☒ | SIDE SEW ☐ |
| CARBON ☐ | LABEL ☐ | HANG TAG ☐ |
| STRETCH ☐ | VENDOR ☐ | OTHER ☐ |

**NOTIFICATION**
PRETICKET    YES ☐    NO ☐
STRING ☐    SPORTSWEAR ☐
STICKER ☐
SIZE SPEC  rue21 ☒    VENDOR ☐

City/State of Vendor Whse:  B/25 FT DC

**SPECIAL INSTRUCTIONS**
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

MARKUP  %

BUYERS SIGNATURE:

CROSSDOCK DETAILS
Bundle Info: Bundle #    HI/T1/LG
Prepack Info: Style    QNTY    COLOR    Style    CO

DISTRIBUTION INSTRUCTIONS
CMPTR

2118 4801    811114    410 886

APPROVAL    COMMENT

# rue21

**ATTENTION VENDOR ("SELLER")**

CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

**ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.**

☐ Jr's  ☐ Men's

BILL TO:
800 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE (724) 776-9780 FAX: (724) 776-4111

Purchase Order  DEPT. # 2388

Purchase Order

Vendor Code  0101634

To Vendor
520 8th AVE SUITE 1010
NY NY 10018
Frank Tat

SALESPERSON: Frank
PHONE NO.: 212 612 5202
FAX NO.: 212 868-2413
E-MAIL:

ORDER DATE  7/11/06
SHIP CANCELLATION DATE
START SHIP DATE
WHSE #
BUYER  25
Seas Code

TERMS  Net 75

SHIPPING INSTRUCTIONS
Consolidator Used
FOB: 1) rue21 DC
2) Other

**PACKING INSTRUCTIONS: SEE BACK**
A ☐ PREPACK    B ☐ BUNDLE
C ☐ OPEN STOCK  D ☐ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: **(724) 776 4111** 24 to 48 hours before shipment is scheduled for pickup

| | VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | A T C / T O R D / I E / B | DESCRIPTION | COST | RETAIL - FOR PRE-TICKETING | TOTAL UNITS | # PACKS | FLOW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | C20162A | LADY | | 158 | 251 | NOT | Denim | A178 | | Denim fleece jacket | $25 | | 2490 | 105 | |
| 2. | | | | | 251 | | | | | | | | | | |
| 3. | C20175H | | | 182 | | | | | | Puff slv small sheer | | | 5490 | 205 | |
| 4. | | | | | | | | | | | | | | | |
| 5. | C20169K | | | 281 | | | | | | Puff rounded s scoop | | | 3654 | 173 | |
| 6. | | | | | | | | | | | | | | | |
| 7. | C20194CL | | | 281 | | | | | | Puff slv vneck scrubly | | | 2590 | 142 | |
| 8. | | | | | 251 | | | | | | | | | | |
| 9. | C2080P | | | | | | | | | Puff zip henly | | | 4900 | | |
| 10. | | | | | 251 | | | | | | | | | | |
| 11. | C231B | | | | 281 | | | | | Puff knit polo | | | 1500 | 80 | |
| 12. | | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | | |

City/State of Vendor Whse: NY

**EXT. COST/RETAIL**  14164    22590

**SPECIAL INSTRUCTIONS:**
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

NOTIFICATION

PRETICKET    YES ☐  NO ☐
STRING
SPORTSWEAR
STICKER

SIZE SPEC
rue21 ☐    VENDOR ☐

**LABEL TAGS**
| | rue21 | CARBON ☐ | STRETCH ☐ | VENDOR ☐ |
TOP SEW: BIG ☐  SMALL ☐
SIDE SEW: BIG ☐  SMALL ☐
TOP SEW ☐  SIDE SEW ☐
LABEL ☐  HANG TAG ☐
OTHER ☐

CROSSDOCK DETAIL

Bundle Info: Bundle/pr

DISTRIBUTION INSTRUCTIONS

**MARKUP**

**BUYERS SIGNATURE:**

COMMEN

Prepack Info:
Style
COLOR    QNTY

*EXHIBIT 2*

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**INVOICE#**    1040A

**DATE:**    8/25/2006

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP T** RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#**    18
**CUSTOMER PO#**  1027  **SHIP VIA:**    TRUCKING
**TERMS:**    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|------|------|------|------|------|-------|-------|---------|---------|--------|
| | | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1013 | DK.Wash | 512 | 516 | 516 | 512 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | 3598 | | |

| | |
|---|---|
| SUBTOTAL | $27,884.50 |
| 2% DISCOUNT | $557.69 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | | |
|-----------|----------|------------|---|---|---|
| 8/25/2006 | 257 | 3598 | **PAY THIS AMOUNT** | | **$27,326.81** |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**INVOICE#**    **1040B**

**DATE:**    8/25/2006

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP** 1RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#**    18
**CUSTOMER PO#:**   1027  **SHIP VIA:**    TRUCKING
**TERMS:**    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | | |
| R1014 | Med.Wash | 514 | 514 | 514 | 514 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | TOTAL UNITS | | 3598 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $27,884.50 |
| --- | --- | --- |
| | 2% DISCOUNT | $557.69 |

| SHIP DATE | NO. CTNS | NO. PIECES | PAY THIS AMOUNT | $27,326.81 |
| --- | --- | --- | --- | --- |
| 8/25/2006 | 257 | 3598 | | |

**ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.**
**520 8TH AVE SUITE 900  NEW YORK, NY 10018**

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#    1046B

DATE:    9/22/2006

SOLD TO:  RUE 21 INC
          155 THORNHILL ROAD
          WARRENDALE PA 15086
          724 776 9780

SHIP  RUE 21 INC
      491 PARK DRIVE
      WEIRTON WV 26062
      FAX: 724 776 4111
      TRAFFIC DEPARTMENT

ACOUNT#:                CUSTOMER PO#:  2158  SHIP VIA:   TRUCKING
DEPT#      19           TERMS:    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1021V R | VINTAGE | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 4448 | $8.60 | $38,252.80 |
| R1021V L | VINTAGE | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 3984 | $8.60 | $34,262.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | 8432 | | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $72,515.20 |
|---|---|---|
| | 2% DISCOUNT | $1,450.30 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $71,064.90 |
|---|---|---|---|---|---|
| 9/22/2006 | 1054 | 8432 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.

520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

**INVOICE#**    1043C

**DATE:**    10/4/2006

**SOLD TO:**    RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP T** RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**    **CUSTOMER PO#:**    2160    **SHIP VIA:**    TRUCKING
**DEPT#**    19    **TERMS:**    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| R1019L L | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | TOTAL UNITS | | | 8912 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

| | |
|---|---|
| SUBTOTAL | $76,643.20 |
| 2% DISCOUNT | $1,532.86 |

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECIEVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $75,110.34 |
|---|---|---|---|---|---|
| 10/4/2006 | 1114 | 8912 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#     1044C

DATE:     10/4/2006

SOLD TO:  RUE 21 INC          SHIP T RUE 21 INC
          155 THORNHILL ROAD    491 PARK DRIVE
          WARRENDALE PA 15086   WEIRTON WV 26062
          724 776 9780          FAX: 724 776 4111
                                TRAFFIC DEPARTMENT

ACOUNT#:                CUSTOMER PO#:    2162  SHIP VIA:    TRUCKING
DEPT#     19    TERMS:           NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|---|---|---|---|---|---|---|---|---------|---------|--------|
|       |       | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1112 | $8.60 | $9,563.20 |
| R1019L R | LIGHT | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 1104 | $8.60 | $9,494.40 |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   |   |         |         |        |
|       |       |   |   |   |   |   |   |   TOTAL UNITS |   | 2216 |         |        |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $19,057.60 |
|--|----------|-----------|
| | 2% DISCOUNT | $381.15 |

| SHIP DATE | NO. CTNS | NO. PIECES | | | |
|-----------|----------|------------|--|--|--|
| 10/4/2006 | 277 | 2216 | | PAY THIS AMOUNT | $18,676.45 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

| INVOICE# | 1046C |
|---|---|
| DATE: | 10/4/2006 |

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP** RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#**      19      **CUSTOMER PO#:** 2158   **SHIP VIA:** TRUCKING
**TERMS:** NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 616 | $8.60 | $5,297.60 |
| R1019L R | LIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 488 | $8.60 | $4,196.80 |
| R1019MI L | MIDNIGHT | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 24 | $8.60 | $206.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | | 2312 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $19,883.20 |
|---|---|---|
| | 2% DISCOUNT | $397.66 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $19,485.54 |
|---|---|---|---|---|---|
| 10/4/2006 | 289 | 2312 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**INVOICE#** 1047A

**DATE:** 10/30/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP T RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

| ACOUNT#: | | CUSTOMER PO#: | 2384 SHIP VIA: | TRUCKING |
| DEPT# 58F | | TERMS: | NET 60 | |

| STYLE | COLOR | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C228A | ATLANTIC | 307 | 306 | 308 | 306 | 613 | 919 | 308 | 308 | 919 | 306 | 307 | 307 | 306 | 5522 | $8.25 | $45,556.50 |
| C230P | PACIFIC | 48 | 49 | 51 | 48 | 98 | 148 | 48 | 51 | 147 | 50 | 50 | 48 | 48 | 885 | $8.25 | $7,301.25 |
| C229CL | CLOUD | 140 | 140 | 140 | 143 | 282 | 423 | 141 | 143 | 424 | 141 | 142 | 141 | 140 | 2540 | $8.25 | $20,955.00 |
| C231L B | LIGHT BLAST | 244 | 242 | 242 | 242 | 484 | 726 | 248 | 244 | 726 | 242 | 243 | 244 | 245 | 4372 | $8.25 | $36,069.00 |
| C227SM | SMOKE | 250 | 250 | 250 | 250 | 500 | 750 | 250 | 250 | 750 | 250 | 250 | 250 | 250 | 4500 | $8.25 | $37,125.00 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | TOTAL UNITS | 17819 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | 147,006.75 |
| | 2% DISCOUNT | 2,940.14 |

| SHIP DATE | NO. CTNS | NO. PIECES |
|---|---|---|
| 10/30/2006 | 990 | 17819 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

| PAY THIS AMOUNT | $144,066.62 |

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**INVOICE#**   1047B

**DATE:** 10/30/2006

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP** 1 RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#**   58F

**CUSTOMER PO#:**   2384   **SHIP VIA:**   TRUCKING
**TERMS:**      NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | | | |
| C228GR | GREASE | 216 | 208 | 208 | 208 | 416 | 624 | 213 | 210 | 624 | 211 | 208 | 208 | 208 | 3762 | $8.25 | $31,036.50 |
| C227SM | SMOKE | 64 | 64 | 64 | 64 | 128 | 192 | 64 | 64 | 192 | 64 | 64 | 64 | 64 | 1152 | $8.25 | $9,504.00 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | TOTAL UNITS | 4914 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SUBTOTAL | 40,540.50 |
|---|---|
| 2% DISCOUNT | 810.81 |

| SHIP DATE | NO. CTNS | NO. PIECES |
|---|---|---|
| 10/30/2006 | 273 | 4914 |

**ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.**
**520 8TH AVE SUITE 900  NEW YORK, NY 10018**

**PAY THIS AMOUNT** | **$39,729.69**

*EXHIBIT 3*

**Commerce Bank** America's Most Convenient Bank®

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 05/16/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

Amount:                              $352625.69
Beneficiary:                         PEGASUS INTEGRATED CONSULTING CORP
Account Number:                      **********7953
Address:                             NEW YORK
                                     NEW YORK

Sender:
Bank Name:                           LASALLE CHGO
ABA Number:                          071000505
Reference Number:                    2006051600009630
Originator Bank:
Address:
By Order Of:                         RUE 21 INC
Address:                             CONTROLLED DISBURSTMENT ACCOUNT
                                     155 THORN HILL RD
                                     WARRENDALE PA 15086 7527
Receiver Bank Name:                  COMMERCE BK NA
ABA Number:                          026013673
FRB Incoming Confirmation Number:    20060516C1B76E1C00152705161313FT01
Reference for Beneficiary:           10298723
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank**
*America's Most Convenient Bank®*

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 05/17/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

| | |
|---|---|
| Amount: | $41408.00 |
| Beneficiary: | PEGASUS INTEGRATED CONSULTING CORP |
| Account Number: | **********7953 |
| Address: | NEW YORK |
| | NEW YORK |
| Sender: | |
| Bank Name: | LASALLE CHGO |
| ABA Number: | 071000505 |
| Reference Number: | 2006051700009595 |
| Originator Bank: | |
| Address: | |
| By Order Of: | RUE 21 INC |
| Address: | CONTROLLED DISBURSTMENT ACCOUNT |
| | 155 THORN HILL RD |
| | WARRENDALE PA 15086 7527 |
| Receiver Bank Name: | COMMERCE BK NA |
| ABA Number: | 026013673 |
| FRB Incoming Confirmation Number: | 20060517C1B76E1C00167305171346FT01 |
| Reference for Beneficiary: | 10329725 |
| Originator to Beneficiary: | |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank** *America's Most Convenient Bank®*

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 05/18/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

| | |
|---|---|
| Amount: | $249553.56 |
| Beneficiary: | PEGASUS INTEGRATED CONSULTING CORP |
| Account Number: | **********7953 |
| Address: | NEW YORK |
| | NEW YORK |
| Sender: | |
| Bank Name: | LASALLE CHGO |
| ABA Number: | 071000505 |
| Reference Number: | 2006051800008013 |
| Originator Bank: | |
| Address: | |
| By Order Of: | RUE 21 INC |
| Address: | CONTROLLED DISBURSTMENT ACCOUNT |
| | 155 THORN HILL RD |
| | WARRENDALE PA 15086 7527 |
| Receiver Bank Name: | COMMERCE BK NA |
| ABA Number: | 026013673 |
| FRB Incoming Confirmation Number: | 20060518C1B76E1C00129005181301FT01 |
| Reference for Beneficiary: | 10357998 |
| Originator to Beneficiary: | |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank**
*America's Most Convenient Bank®*

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018


To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 05/19/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

Amount:                                         $95803.29
Beneficiary:                                    PEGASUS INTEGRATED CONSULTING CORP
Account Number:                                 **********7953
Address:                                        NEW YORK
                                                NEW YORK

Sender:
Bank Name:                                      LASALLE CHGO
ABA Number:                                     071000505
Reference Number:                               2006051900007577
Originator Bank:
Address:
By Order Of:                                    RUE 21 INC
Address:                                        CONTROLLED DISBURSTMENT ACCOUNT
                                                155 THORN HILL RD
                                                WARRENDALE PA 15086 7527
Receiver Bank Name:                             COMMERCE BK NA
ABA Number:                                     026013673
FRB Incoming Confirmation Number:               20060519C1B76E1C00157105191235FT01
Reference for Beneficiary:                      10390412
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank**

America's Most Convenient Bank®

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer credited to account number **********7953 on 05/19/2006.
If you have any questions, please contact your nearest Commerce Branch or call 1-888-751-9000.

| | |
|---|---|
| Amount: | $95803.29 |
| Beneficiary: | PEGASUS INTEGRATED CONSULTING CORP |
| Account Number: | **********7953 |
| Address: | NEW YORK |
| | NEW YORK |
| Sender: | |
| Bank Name: | |
| ABA Number: | LASALLE CHGO |
| Reference Number: | 071000505 |
| Originator Bank: | 2006051900007577 |
| Address: | |
| By Order Of: | RUE 21 INC |
| Address: | CONTROLLED DISBURSTMENT ACCOUNT |
| | 155 THORN HILL RD |
| Receiver Bank Name: | WARRENDALE PA 15086 7527 |
| ABA Number: | COMMERCE BK NA |
| FRB Incoming Confirmation Number: | 026013673 |
| Reference for Beneficiary: | 20060519C1B76E1C00157105191235FT01 |
| Originator to Beneficiary: | 10390412 |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank**
*America's Most Convenient Bank*®

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 05/24/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

| | |
|---|---|
| Amount: | $188961.12 |
| Beneficiary: | PEGASUS INTEGRATED CONSULTING CORP |
| Account Number: | **********7953 |
| Address: | NEW YORK, |
| | NY |
| Sender: | |
| Bank Name: | |
| ABA Number: | LASALLE CHGO |
| Reference Number: | 071000505 |
| Originator Bank: | 2006052400009138 |
| Address: | |
| By Order Of: | |
| Address: | RUE 21 INC |
| | CONTROLLED DISBURSTMENT ACCOUNT |
| | 155 THORN HILL RD |
| Receiver Bank Name: | WARRENDALE PA 15086 7527 |
| ABA Number: | COMMERCE BK NA |
| FRB Incoming Confirmation Number: | 026013673 |
| Reference for Beneficiary: | 20060524C1B76E1C00159505241305FT01 |
| Originator to Beneficiary: | 10487934 |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING COMMERCE BANK.

**Commerce Bank**
*America's Most Convenient Bank®*

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number **********7953 on 09/07/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

| | |
|---|---|
| Amount: | $279650.87 |
| Beneficiary: | PEGASUS INTERGRATED CONSULTING CORP |
| Account Number: | **********7953 |
| Address: | 520 8TH AVE. |
| | NEW YORK |
| Sender: | |
| Bank Name: | LASALLE CHGO |
| ABA Number: | 071000505 |
| Reference Number: | 2006090700003725 |
| Originator Bank: | |
| Address: | |
| By Order Of: | RUE 21 INC CONTROLLED DISB ACCT |
| Address: | ATTN KIM KOAH |
| | 800 COMMONWEALTH DRIVE STE 100 |
| | WARRENDALE PA 15086 7527 |
| Receiver Bank Name: | COMMERCE BK NA |
| ABA Number: | 026013673 |
| FRB Incoming Confirmation Number: | 20060907C1B76E1C00063809070939FT01 |
| Reference for Beneficiary: | 13071957 |
| Originator to Beneficiary: | |
| Bank to Bank Information: | |
| Miscellaneous Information: | |

THANK YOU FOR CHOOSING COMMERCE BANK.



**Commerce Bank**
*America's Most Convenient Bank®*

PEGASUS INTEGRATED CONSULTING
520 8TH AVE SUITE 900
NEW YORK, NY 10018

To: PEGASUS INTEGRATED CONSULTING

This letter serves as notification of the following Incoming Wire Transfer
credited to account number *********7953 on 09/25/2006.
If you have any questions, please contact your nearest Commerce Branch
or call 1-888-751-9000.

Amount:                                     $347733.14
Beneficiary:                                PEGASUS INTEGRATED CONSULTING CORP
Account Number:                             *********7953
Address:                                    520 8TH AVE
                                            NEW YORK, NEW YORK

Sender:
Bank Name:                                  LASALLE CHGO
ABA Number:                                 071000505
Reference Number:                           2006092500010545
Originator Bank:
Address:
By Order Of:                                RUE 21 INC CONTROLLED DISB ACCT
Address:                                    ATTN KIM KOAH
                                            800 COMMONWEALTH DRIVE STE 100
                                            WARRENDALE PA 15086 7527
Receiver Bank Name:                         COMMERCE BK NA
ABA Number:                                 026013673
FRB Incoming Confirmation Number:           20060925C1B76E1C00197509251404FT01
Reference for Beneficiary:                  13491995
Originator to Beneficiary:
Bank to Bank Information:
Miscellaneous Information:

THANK YOU FOR CHOOSING COMMERCE BANK.