*EXHIBIT 4*

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE# 1049A
DATE: 11/21/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP: RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT# 19
CUSTOMER PO#: 2190   SHIP VIA: TRUCKING
TERMS: NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1027M | MIDNIGHT | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 1488 | $8.50 | $12,648.00 |
| R1026M | MIDNIGHT | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 4592 | $8.50 | $39,032.00 |

TOTAL UNITS: 6080
SUBTOTAL: $51,680.00

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | |
|---|---|---|---|---|
| 11/21/2006 | 380 | 6080 | PAY THIS AMOUNT | $51,680.00 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900   NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**INVOICE#** 1048
**DATE:** 11/21/2006

| SOLD TO: | RUE 21 INC | SHIP: | RUE 21 INC |
|---|---|---|---|
| | 155 THORNHILL ROAD | | 491 PARK DRIVE |
| | WARRENDALE PA 15086 | | WEIRTON WV 26062 |
| | 724 776 9780 | | FAX: 724 776 4111 |
| | | | TRAFFIC DEPARTMENT |

ACOUNT#:
DEPT# 19
CUSTOMER PO#: 2636   SHIP VIA: TRUCKING
TERMS: NET 60

| STYLE | COLOR | DESCRIPTION ||||||| TTL UNT | UNT PRC | AMOUNT |
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R1028PD | POTASSIUM DARK | 577 | 578 | 580 | 579 | 577 | 577 | 578 | 578 | 4624 | $8.50 | $39,304.00 |
| R1029RR | ROCK REVIVAL | 570 | 573 | 575 | 570 | 571 | 571 | 570 | 570 | 4570 | $8.50 | $38,845.00 |

TOTAL UNITS: 9194
SUBTOTAL: $78,149.00

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $78,149.00 |
|---|---|---|---|---|---|
| 11/21/2006 | 575 | 9194 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

*EXHIBIT 5*

January 8, 2007

From: Khaotik, Inc.
      Khaotik Love
        617 South Anderson Street
        Los Angeles, Ca. 90023

To: Pegasus Integrated Consulting, Inc.,
    520 8th. Avenue, Suite 900
    New York, N.Y. 10018

This memorandum is to confirm the sale of the following purchase orders from Khaotik, Inc., to Pegasus Integrated Consulting, Inc.

All the following purchase orders are from Rue 21, Inc.

Purchase order nos. 2190, 2191, 2634, 2635, 2636, 3333, 3334, 3335, 3336, 3337, 3361, 3364, 3365, 3366, 3377, 4244, 4245.

Pegasus will deem the sale of these purchase orders to satisfy the outstanding loans due from Khaotik, The loans are from check no. 1045 dated September 13, 2006, in the amount of $20,662.50 made out to Caldwell Corporation for a deposit paid to them on behalf of Khaotik. This order was later cancelled and the full deposit was returned to Khaotik and was deposited into Khaotik's bank account, and check no. 1078, dated November 22, 2006, in the amount of $25,000.00 made out to Khaotik.

Sincerely;

*[signature]*

Frank Chih
Chairman