*EXHIBIT 6*





NEW VENDOR

rue21

**ATTENTION VENDOR ("SELLER")**
CAREFULLY READ THE FACE AND REVERSE SIDES OF THIS PURCHASE ORDER AND THE rue21 VENDOR COMPLIANCE MANUAL AS AMENDED. THE TERMS AND CONDITIONS ON THE FACE AND REVERSE SIDES HEREOF AND THE VENDOR GUIDELINES EXPLAINED IN THE rue21 VENDOR COMPLIANCE MANUAL ARE PART OF THIS PURCHASE ORDER. ACCEPTANCE OF THIS OFFER TO PURCHASE IS EXPRESSLY LIMITED TO ITS TERMS. SHIPMENT OF THE MERCHANDISE OR PERFORMANCE OF THE SERVICES ORDERED WILL CONSTITUTE ACCEPTANCE OF THIS OFFER. DO NOT SHIP THE MERCHANDISE OR PERFORM THE SERVICES ORDERED UNLESS THIS OFFER IS ACCEPTABLE.

**PACKING INSTRUCTIONS: SEE BACK**
A ☐ PREPACK   B ☐ BUNDLE
C ☐ OPEN STOCK   D ☐ CROSS DOCK

**ADVANCE NOTIFICATION INSTRUCTIONS**
Vendors must fax shipping information form and detailed packing list to: (724) 776 4111
24 to 48 hours before shipment is scheduled for pickup

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.
940 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE (724) 776-9780 FAX (724) 776-4111

Purchase Order: 9
Dept: 9
NEW 2634

To Vendor
1211 S. Maple St.
L.A. CA 90023
Salesperson: Charles / Ellen (Vivis)
PHONE 310-447-0103 (Vivis)
E-mail: Daycompany21@yahoo.com

ORDER DATE: 7-19-06
START SHIP DATE: AL
SHIP CANCELLATION DATE: 10/25 in D.C.

TERMS: Net 15
WKS: 59
A.C. #: 10
ROUTING INSTRUCTIONS: AmStar
FOB: rue21 DC ☒
Consolidator Used: ☒
9. Other

Prepack Info

CROSSDOCK DETAILS:
Qty: Bundles per outer carton
S.S.: pcs of style or color in size range

CROSS DOCK

| VENDOR STYLE | SHORT STYLE | RE ORD | DATE | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | ATC/ODE/B | DESCRIPTION | COST | RETAIL FOR PRE-TICKETING | DISTRIBUTION INSTRUCTIONS TOTAL UNITS | FLOW DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 12000NYR | | | | 19 | | | denim | 47 | | Sep. pkt. w/linds. new/vanilla | 8.00 | | 10.00 | |
| 2. 12000NWL | | | | | | | | | | Sea. pkt. w/linds. NV-(blue) | 8.00 | | 2,146 | |
| 3. 12000NCR | | | | | | | | | | Sea. pkt. w/linds. (32) | 8.00 | | 2.00 | |
| 4. 12000NZL | | | | | | | | | | Sea. pkt. w/linds. NC-(blk) | 8.00 | | 2,146 | |
| 5. 12000NWR | | | | | | | | | | Sea. pkt. w/linds. WR-Navy | 8.00 | | 4,240 | |
| 6. 12000WNL | | | | | | | | | | Sea. pkt. w/linds. WN-(blue) | 8.00 | | 2,146 | |
| 7. 12000NSR | | | | | | | | | | Sea. pkt. w/linds. new/grey(?) | 8.00 | | 4,240 | |
| 8. | | | | | | | | | | Sea. pkt. w/linds. | | | | |
| 9. | | | | | | | | | | Need all correct samples ASAP | | | | |
| 10. | | | | | | | | | | Need TPS/prepacks | | | | |
| 11. | | | | | | | | | | | | | | |
| 12. | | | | | | | | | | | | | | |
| 13. | | | | | | | | | | | | | | |

EXT. COST/RETAIL:

**LABEL-TAGS**
TOP SEW: ☐ BIG   ☐ SMALL
SIDE SEW: ☐ BIG   ☐ SMALL
CARBON ☐   SIDE SEW ☐
TOP SEW ☐   HANG TAG ☐
LABEL ☐
OTHER ☐

PRETICKET ☐   YES ☒ NO ☐
STRING ☐
SPORTSWEAR ☐
STICKER ☐
SIZE SPECS ☐
rue21 DC ☒
VENDOR ☐

MARKUP

BUYERS SIGNATURE:

APPROVAL:
COMMENTS:

**SPECIAL INSTRUCTIONS**
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

City/State or Vendor Witten: N





NEW VENDOR

ALL PURCHASE ORDER AND DEPT. #'S MUST BE ON ALL CARTONS.

DEPT. # 19

Purchase Order: NEW 2636

To Vendor: KHAOTYK LOVE
419 Amelia St
LA CA 90023

ATTENTION VENDOR ("SELLER")

rue21

600 COMMONWEALTH DRIVE SUITE 100 WARRENDALE, PA 15086
PHONE (724) 776-9780 FAX (724) 776-4111

ORDER DATE: 1-19-06    START DUE DATE: 10/25 D.C.
SHIP CANCELLATION DATE: 10/25 D.C.

PACKING INSTRUCTION: SEE BACK

| VENDOR STYLE | SHORT STYLE | RE ORD | DEPT | CLASS | SIZE GRID | COLOR | COLOR CODE | DESCRIPTION | COST | EXT. COST/RETAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| KAD28PD | | | 19 | | | denim 10 | | Miss Me 9410 Distressed (as Sample) | 8.50 | |
| K102 9PR | | | 19 | | | denim 10 | | Peak-in-Revival 8.50 | 8.50 | |

SPECIAL INSTRUCTIONS:
Specs, trims, fabrics, pre-production, and T.O.P.'s must be approved by the Buyer prior to any shipment, or shipment is subject to cancellation at buyers discretion.

BUYERS SIGNATURE:













09/22/2005  15:34  17247769791  RUE21 INC  PAGE  03/11

Case 1:07-cv-03245-WHP  Document 9-4  Filed 06/25/2007  Page 13 of 23





*Note: Revised PO's w/Belt Prices

09/22/2005  15:34  17247769781  RUE21  INC  PAGE  07/11

Case 1:07-cv-03245-WHP   Document 9-4   Filed 06/25/2007   Page 15 of 23



09/22/2005  15:34  17247769781  RUE21 INC  PAGE  08/11

Case 1:07-cv-03245-WHP  Document 9-4  Filed 06/25/2007  Page 16 of 23





Note: REVISED P.o's with best prices



Rue 21 Premium embroidery on both styles per Cincinnati 9/25

09/22/2006  15:34   17247769781                    RUE21 INC.                          PAGE  10/11
Case 1:07-cv-03245-WHR    Document 34    Filed 06/25/2007    Page 20 of 23



yes stickers (size) for Elisabeth 9/25





10/19/2006  09:43  17247769781    RUE21 INC.    PAGE 03/04

