Exhibit A

# rue21®

Corporate Office
800 Commonwealth Drive
Suite 100
Warrendale, PA 15086
Phone 724.776.9780
Fax 724.776.2384

June 22, 2007

[Address]
[Address]
[Address]
[Address]

Dear [Vendor],

Enclosed you will find a copy of our rue21 Vendor Compliance Manual. One of the challenging aspects of our growth is the ongoing requirement to manage more goods more efficiently. In order to meet this challenge we must continually monitor and improve our quality control and flow processes, a task not possible without the full support of our vendors.

We ask that you carefully review this document so you are well aware of our current policies and procedures. Staying within these guidelines will assure your goods move promptly and efficiently through our distribution system, giving you the best possible sell-through and visibility in our stores. Please note the compliance charge table at the end of the document. As your partner we do not apply these charges without due consideration.

Our vendor compliance policies are in place in order to move rue21 and our vendor partnerships towards a standard of excellence, the rue21 mission across all aspects of our business. We look forward to continuing strong growth for the benefit of both our vendors and rue21. Should you have questions regarding our policies please contact our Vendor Relations Supervisor, Mike Dayieb at extension 7472.

Sincerely,

_____          _____
Kim Reynolds                    Keith McDonough
Senior Vice President & GMM     Senior Vice President & CFO

Cc: Bob Fisch, President & CEO

*Vendor Compliance Cover Letter*

Exhibit B



Corporate Office
800 Commonwealth Drive
Suite 100
Warrendale, PA 15086
Phone 724.776.9780
Fax 724.776.4111

May 30, 2006

Dear Vendor,

Enclosed you will find a copy of our updated rue21 Vendor Compliance Manual. One of the challenging aspects of our growth is the ongoing requirement to manage more goods more efficiently. In order to meet this challenge we must continually monitor and improve our quality control and flow processes, a task not possible without the full support of our vendors.

We ask that you carefully review this document so you are well aware of our current policies and procedures. Staying within these guidelines will assure your goods move promptly and efficiently through our distribution system, giving you the best possible sell-through and visibility in our stores. Please note the updated compliance charge table at the end of the document. As your partner we do not apply these charges without due consideration. We plan to adopt these new policies today but not apply any of the updated compliance penalty charges during the first 60 days the new policy is in effect. We trust this 60-day period will enable our vendors to review the new manual in detail and if not done so already, get into complete compliance with our new policies. The updated charge backs will apply for vendor violations occurring after August 7, 2006.

Our vendor compliance policies are in place in order to move rue21 and our vendor partnerships towards a standard of excellence, the rue21 mission across all aspects of our business. We look forward to continuing strong growth for the benefit of both our vendors and rue21. Should you have questions regarding our new policies please contact our Vendor Relations Supervisor, Mike Dayieb at extension 143.

Attached is also an outline of the most prominent changes that have been made to the manual and should be reviewed carefully.

Sincerely,

Kim Reynolds
Senior Vice President & GMM

Keith McDonough
Senior Vice President & CFO

Cc: Bob Fisch, President & CEO

*Vendor Compliance Cover Letter*

# rue21

Corporate Office
800 Commonwealth Drive
Suite 100
Warrendale, PA 15086
Phone 724.776.9780

## Compliance Manual Changes

Although all vendors should carefully review each section of the attached manual, below is a list of the most prominent changes to the manual since the last issue.

- Page B2 – Changed east coast consolidator to Pacific Logistics.
- Section C (Sample Submittal Procedures) – Entire section was updated.
- Page E2 – Updated label and tag ordering contact information.
- Page E3 – Updated Label Order Form.
- Pages E4-E6 – Updated label and hang tag instructions.
- Pages E8-E12 – Updated accessory cards and string tag order form (now includes rue21 etc!).
- Pages E13, E14, E15 & E17 – Updated label and price tag placement.
- Pages E23-E27 & E29-E31 – Removed tissue from the folding requirements.
- Page E35 – Updated Packing and Marking Cartons letter G and Cross Dock Shipments number 4, 5 & 8.
- Page E36 – Updated Bundle Packing # 6 and Open Stock or Non-Pre-Ticketed Merchandise #1.
- Page E39 – Updated Shipment Identification and Purchase Order Identification.
- Pages E40 & E41 – New packing list.
- Pages E43 & E44 – Instructions for barcode labeling.
- Section F (Shipping and Routing) – Entire section was updated.
- Page G1 – Updated payment terms and letter C under Invoice Preparation.
- Section H – The following charge back violations were either updated or added: 6, 8, 9, 11, 16, 21, 29, 33, 35, 36, 37, 40, 41, 42, 43, 44, 45, 46 & 47.

*Compliance Manual Changes*

Exhibit C

| DATE: | NAME: | | EXT: | DEPT: |
|---|---|---|---|---|
| **PLEASE CIRCLE FED EX SERVICE LEVEL:** | | | **SPECIAL SERVICES** | |
| FIRST OVERNIGHT | Delivery by 8:30am - Next Business Day | | SATURDAY DELIVERY | |
| PRIORITY OVERNIGHT | Delivery by 10:30am - Next Business Day | | INSURED AMOUNT | |
| STANDARD OVERNIGHT | Delivery by 3pm - Next Business Day | | | |
| 2-DAY | Delivery by 4:30pm - 2 Business Days | | For mailroom use only: | |
| EXPRESS SAVER | Delivery by 4:30pm - 3 Business Days | | INITIALS | |
| GROUND | Delivery by end of business day - 1-5 Business days | Invoice<br>Customer MO/HUNG TAT | Date 06/02/2006<br>Wgt. 0.9 L | SHIPPING<br>SPECIAL |
| INTERNATIONAL FIRST | Delivery by 8:30am in 2 business Days depending on E | Dept. FINANCE<br>PO Number. | COD<br>DV | 0.00 HANDLING<br>0.00 TOTAL |
| INTERNATIONAL ECONOMY Delivery by end of business day - 2-5 Business days | | | Svcs: GND PPD | |
| **SHIP TO: (Please print clearly)** | | **BILL TO:** | TRCK 279089430245630 | |
| attn: _Hung Tat_ phone#: | | SENDER | **SPECIAL NOTES OR INSTRUCTIONS:** | |
| Company | | | | |
| Address: | | RECIPIENT | | |
| | | Acct # | | |

FedEx | Track                                                                 Page 1 of 1

*Hung TAT* (handwritten)

**FedEx**

US Home | Información Center | Customer Support | Site Map
Español | Search

Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version   Quick Help

Select another track: 279089430245630   Next

| | | | | |
|---|---|---|---|---|
| Tracking number | 279089430245630 | Reference | MD/HUNG TAT | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | YQUINONEZ | Department number | FINANCE | |
| Ship date | Jun 2, 2006 | Destination | New York, NY | |
| Delivery date | Jun 6, 2006 2:53 PM | Service type | Ground-Domestic | Tracking a FedEx SmartPost Shipment? |
| | | Pieces | 1 | Go to shipper login |
| | | Weight | 0.9 lbs. | |

| Status | Delivered |
|---|---|
| Signature image available | Yes |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 6, 2006 | 2:53 PM | Delivered | New York, NY | |
| | 8:00 AM | On FedEx vehicle for delivery | BROOKLYN, NY | |
| | 4:30 AM | At local FedEx facility | BROOKLYN, NY | |
| Jun 3, 2006 | 1:20 AM | Arrived at FedEx location | LEWISBERRY, PA | |
| Jun 2, 2006 | 8:02 PM | Left origin | PITTSBURGH, PA | |
| | 5:22 PM | Arrived at FedEx location | PITTSBURGH, PA | |
| | 4:15 PM | Package data transmitted to FedEx | WARRENDALE, PA | |
| | 3:59 PM | Picked up | PITTSBURGH, PA | |

Take 15% off list rates on eligible FedEx Express® online shipments.

Learn more >>

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click Submit. If you include a message, you must enter your name and e-mail address in the fields provided.

Your Name:
Your E-mail Address:
To E-mail Address(es):

Add personal message:

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

Hung
Tat

April 19, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number 279089430245630.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 520 8TH AVE SUITE 900 New York, NY 10018 |
| Signed for by: | YQUINONEZ | Delivery date: | Jun 6, 2006 14:53 |
| Service type: | Ground-Domestic | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 279089430245630 | Ship date: | Jun 2, 2006 |
| | | Weight: | 0.9 lbs. |

Recipient:
520 8TH AVE SUITE 900
New York, NY 10018 US

Shipper:
RUE21
RUE21
800 COMMONWEALTH DR
SUITE 100
WARRENDALE, PA 15086 US
MD/HUNG TAT
FINANCE

Reference
Department number

Thank you for choosing FedEx Ground.

FedEx Ground
Delivery Information Department
1.800.GoFedEx 1.800.463.3339

Exhibit D

| DATE: 7-27-06 | NAME: MIKE DAMIER | | EXT: 7472 | DEPT: FIN |
|---|---|---|---|---|
| **PLEASE CIRCLE FED EX SERVICE LEVEL:** | | | **SPECIAL SERVICES** | |
| FIRST OVERNIGHT | Delivery by 8:30am - Next Business Day | | SATURDAY DELIVERY | |
| PRIORITY OVERNIGHT | Delivery by 10:30am - Next Business Day | | INSURED AMOUNT | |
| STANDARD OVERNIGHT | Delivery by 3pm - Next Business Day | Invoice: | Date: 07/27/2006 | SHIPPING: 4.56 |
| 2-DAY | Delivery by 4:30pm - 2 Business Days | Cust: MD/KHAOTIC LOVE Wgt: 1.0 LBS | | SPECIAL: 0.22 |
| EXPRESS SAVER | Delivery by 4:30pm - 3 Business Days | Dept: FINANCE  PO Number: | COD: 0.00  DV: 0.00 | HANDLING: 0.00  TOTAL: 4.78 |
| (GROUND) | Delivery by end of business day - 1-5 Business days | | Svcs: GND PPD | |
| INTERNATIONAL FIRST | Delivery by 8:30am in 2 business Days depending on European city | | TRCK: 279089430264211 | |
| INTERNATIONAL ECONOMY | Delivery by end of business day - 2-5 Business days | | | |
| **SHIP TO:** (Please print clearly) | | **BILL TO:** | **SPECIAL NOTES OR INSTRUCTIONS:** | |
| attn: CARLOS/EFREN phone#: 310-497-0673 | | ___ SENDER | | |
| Company: KHAOTIK LOVE | | | | |
| Address: 671 S. ANDERSON STREET  LA  CA  90022 | | ___ RECIPIENT  Acct #: | | |

For Courier Services other than Fed Ex or any questions please call EXT. 7187 or 7188

FedEx | Track

Page 1 of 2



US Home

Español

Information Center | Customer S

Search

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version    Quick Help

| | |
|---|---|
| Tracking number | 279089430264211 |
| Signed for by | BCERISSMO |
| Ship date | Jul 27, 2006 |
| Delivery date | Aug 9, 2006 9:44 AM |

| | |
|---|---|
| Reference | |
| Department number | |
| Destination | MD/KHAOTIC LOVE FINANCE Warrendale, PA |
| Service type | Ground-Domestic |
| Pieces | 1 |
| Weight | 2.1 lbs. |

**Wrong Address?**
Reduce future mistake
FedEx Address Checl

Tracking a FedEx Sm Shipment?
Go to shipper login

| | |
|---|---|
| Status | Delivered |
| Signature Image available | Yes |

**Take 15% off**
list rates on eligible
FedEx Express*
online shipments.

Learn more >>

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 9, 2006 | 9:44 AM | Delivered | Warrendale, PA | |
| | 6:12 AM | At local FedEx facility | PITTSBURGH, PA | |
| Aug 8, 2006 | 11:16 PM | Departed FedEx location | GROVE CITY, OH | |
| | 5:30 PM | Arrived at FedEx location | GROVE CITY, OH | |
| | 8:51 AM | Departed FedEx location | CHAMPAIGN, IL | |
| Aug 7, 2006 | 3:04 PM | Arrived at FedEx location | CHAMPAIGN, IL | |
| Aug 5, 2006 | 10:36 AM | Departed FedEx location | LOS ANGELES, CA | |
| | 6:05 AM | Arrived at FedEx location | LOS ANGELES, CA | |
| | 2:59 AM | Departed FedEx location | WHITTIER, CA | |
| Aug 4, 2006 | 7:17 AM | Package returned to shipper | WHITTIER, CA | Unable to deliver shipment, return to shipper |
| Aug 3, 2006 | 4:05 AM | Shipment exception | WHITTIER, CA | Cannot locate recipient |
| Aug 2, 2006 | 2:25 PM | Delivery exception | WHITTIER, CA | Refused by recipient |
| | 8:04 AM | On FedEx vehicle for delivery | WHITTIER, CA | |
| Aug 1, 2006 | 11:26 PM | At local FedEx facility | WHITTIER, CA | |
| | 11:03 PM | Departed FedEx location | BLOOMINGTON, CA | |
| | 1:36 PM | Arrived at FedEx location | BLOOMINGTON, CA | |
| Jul 28, 2006 | 6:43 AM | Arrived at FedEx location | GROVE CITY, OH | |
| Jul 27, 2006 | 7:17 PM | Arrived at FedEx location | PITTSBURGH, PA | |
| | 3:01 PM | Picked up | PITTSBURGH, PA | |

Signature proof | Track more shipments

http://www.fedex.com/Tracking                               6/25/2007

| DATE: | NAME: Mike D. | | EXT: | DEPT: |
|---|---|---|---|---|
| PLEASE CIRCLE FED EX SERVICE LEVEL: | | | SPECIAL SERVICES | |

FIRST OVERNIGHT — Delivery by 8:30am - Next Business Day

PRIORITY OVERNIGHT — Delivery by 10:30am - Next Business Day

STANDARD OVERNIGHT — Delivery by 3pm - Next Business Day

2-DAY — Delivery by 4:30pm - 2 Business Days

EXPRESS SAVER — Delivery by 4:30pm - 3 Business Day

GROUND — Delivery by end of business day - 1-5

INTERNATIONAL FIRST — Delivery by 8:30am in 2 business Da.

INTERNATIONAL ECONOMY Delivery by end of business day - 2-5 Business days

_____ SATURDAY DELIVERY
_____ INSURED AMOUNT

For mailroom use only:

```
Invoice:              Date: 08/15/2006       SHIPPING:    4.56
Cust. MD/ KHAOTIK LOV Wgt: 1.0 LBS           SPECIAL:     0.22
Dept. FINANCE         COD:         0.00      HANDLING:    0.00
PO Number:            DV:          0.00      TOTAL:       4.78
              Svcs: GND PPD
              TRCK: 279089430270557
```

SHIP TO: (Please print clearly)

attn:  phone#:

Company:

Address:

BILL TO:
_____ SENDER
_____ RECIPIENT
Acct #:

SPECIAL NOTES OR INSTRUCTIONS:

For Courier Services other than Fed Ex or any questions please call EXT. 7187 or 7188

FedEx | Track                                                                          Page 1 of 2





**Track Shipments**
Detailed Results

| | | | | |
|---|---|---|---|---|
| Tracking number | 27908943027055 | Reference | MD/ KHAOTIK LOVE | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | CCARLOS | Department number | FINANCE | |
| Ship date | Aug 15, 2006 | Destination | Los Angeles, CA | |
| Delivery date | Aug 21, 2006 9:15 AM | Service type | Ground-Domestic | Tracking a FedEx SmartPost Shipment? |
| | | Pieces | 1 | Go to shipper login |
| | | Weight | 1.0 lbs. | |
| Status | Delivered | | | |
| Signature image available | Yes | | | |



| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 21, 2006 | 9:15 AM | Delivered | Los Angeles, CA | |
| | 6:16 AM | On FedEx vehicle for delivery | WHITTIER, CA | |
| Aug 19, 2006 | 1:49 AM | At local FedEx facility | WHITTIER, CA | |
| | 12:58 AM | Departed FedEx location | BLOOMINGTON, CA | |
| Aug 18, 2006 | 8:48 PM | Arrived at FedEx location | BLOOMINGTON, CA | |
| Aug 17, 2006 | 10:55 AM | Departed FedEx location | LENEXA, KS | |
| | 3:56 AM | Arrived at FedEx location | LENEXA, KS | |
| Aug 16, 2006 | 10:21 AM | Departed FedEx location | GROVE CITY, OH | |
| | 6:36 AM | Arrived at FedEx location | GROVE CITY, OH | |
| Aug 15, 2006 | 11:02 PM | Left origin | PITTSBURGH, PA | |
| | 5:50 PM | Arrived at FedEx location | PITTSBURGH, PA | |
| | 3:21 PM | Package data transmitted to FedEx | WARRENDALE, PA | |
| | 3:06 PM | Picked up | PITTSBURGH, PA | |



E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click Submit. If you include a message, you must enter your name and e-mail address in the fields provided.

Your Name:

Your E-mail Address:

To E-mail Address(es):

Add personal message:

Not available for non-English characters

http://www.fedex.com/Tracking?ascend_header=1&clienttype=dotcom&cntry_code=us&language=engli...    4/19/2007



FedEx Ground
P.O. Box 108
Pittsburgh, PA 15230-0108

April 19, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number 27908943027055.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 671 S ANDERSON ST Los Angeles, CA 90023 |
| Signed for by: | CCARLOS | Delivery date: | Aug 21, 2006 09:15 |
| Service type: | Ground-Domestic | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 27908943027055 | Ship date: | Aug 15, 2006 |
| | | Weight: | 1.0 lbs. |

Recipient:
671 S ANDERSON ST
Los Angeles, CA 90023 US

Shipper:
RUE21
RUE21
800 COMMONWEALTH DR
SUITE 100
WARRENDALE, PA 15086 US

Reference
Department number

MD/ KHAOTIK LOVE
FINANCE

Thank you for choosing FedEx Ground.

FedEx Ground
Delivery Information Department
1.800.GoFedEx 1.800.463.3339