Exhibit E

*4-12-07*
*pw email*

# HUNG TAT INDUSTRIAL DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#   1040A

DATE:   8/25/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP TO: RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT#:   18
CUSTOMER PO#   1027
TERMS:   NET 60
SHIP VIA:   TRUCKING

| STYLE | COLOR | DESCRIPTION | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|-----|-----|-----|-----|------|-------|-------|---------|---------|--------|
| | | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1013 | DK.Wash | 512 | 516 | 516 | 512 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | TOTAL UNITS | 3598 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $27,884.50 |
|--|----------|-----------|
| | 2% DISCOUNT | $557.69 |

| SHIP DATE | NO. CTNS | NO. PIECES |
|-----------|----------|-----------|
| 8/25/2006 | 257 | 3598 |

PAY THIS AMOUNT   $27,326.81

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

*HUNG TAT INDUSTRIAL DEVELOPMENT CO.*

*4-17-07*
*per email*

# HUNG TAT INDUSTRIAL DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

INVOICE# 10405
DATE: 8/25/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP TRUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT# 18
CUSTOMER PO#: 1027   SHIP VIA: TRUCKING
TERMS: NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1014 | Med.Wash | 514 | 514 | 514 | 514 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
| | | | | | | | | TOTAL UNITS | 3598 | | |
| | | | | | | | | | SUBTOTAL | | $27,884.50 |
| | | | | | | | | | 2% DISCOUNT | | $557.69 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $27,326.81 |
|---|---|---|---|---|---|
| 8/25/2006 | 257 | 3598 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

HUNG TAT INDUSTRIAL
DEVELOPMENT CO.

11-18-06
11-16-06

# HUNG TAT INDUSTRIAL
# DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#   1046B

DATE:   9/22/2006

| SOLD TO: | RUE 21 INC | SHIP | RUE 21 INC |
| | 155 THORNHILL ROAD | | 491 PARK DRIVE |
| | WARRENDALE PA 15086 | | WEIRTON WV 26062 |
| | 724 776 9780 | | FAX: 724 776 4111 |
| | | | TRAFFIC DEPARTMENT |

ACOUNT#:          CUSTOMER PO#: 2158 SHIP VIA:  TRUCKING
DEPT#       19    TERMS:      NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1021V R | VINTAGE | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 4448 | $8.60 | $38,252.80 |
| R1021V L | VINTAGE | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 3984 | $8.60 | $34,262.40 |

INDUSTRIAL
DEVELOPMENT CO.

| | TOTAL UNITS | 8432 |
|---|---|---|

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $72,515.20 |
|---|---|---|
| | 2% DISCOUNT | $1,450.30 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $71,064.90 |
|---|---|---|---|---|---|
| 9/22/2006 | 1054 | 8432 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

*12-12-06*

*12-7-06*

# HUNG TAT INDUSTRIAL
# DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

INVOICE#    1046C

DATE:    10/4/2006

| SOLD TO: | RUE 21 INC | SHIP | RUE 21 INC |
|---|---|---|---|
| | 155 THORNHILL ROAD | | 491 PARK DRIVE |
| | WARRENDALE PA 15086 | | WEIRTON WV 26062 |
| | 724 776 9780 | | FAX: 724 776 4111 |
| | | | TRAFFIC DEPARTMENT |

ACOUNT#:

DEPT#    19

CUSTOMER PO#: 2158 SHIP VIA:    TRUCKING

TERMS:    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 616 | $8.60 | $5,297.60 |
| R1019L R | LIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 488 | $8.60 | $4,196.80 |
| R1019MI L | MIDNIGHT | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 24 | $8.60 | $206.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | HUNG TAT INDUSTRIAL | | | | | | | | | | |
| | | DEVELOPMENT CO. | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | TOTAL UNITS | | 2312 | | | |

SUBTOTAL    $19,883.20

2% DISCOUNT

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $19,485.54 |
|---|---|---|---|---|---|
| 10/4/2006 | 289 | 2312 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# HUNG TAT INDUSTRIAL DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#    1043C
DATE:    10/4/2006

*12-5-06*
*11-30-06*

| SOLD TO: | RUE 21 INC | SHIP T | RUE 21 INC |
|---|---|---|---|
| | 155 THORNHILL ROAD | | 491 PARK DRIVE |
| | WARRENDALE PA 15086 | | WEIRTON WV 26062 |
| | 724 776 9780 | | FAX: 724 776 4111 |
| | | | TRAFFIC DEPARTMENT |

| ACOUNT#: | | CUSTOMER PO#: | 2160 | SHIP VIA: | TRUCKING |
|---|---|---|---|---|---|
| DEPT# | 19 | TERMS: | NET 60 | | |

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| R1019L L | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | | | 8912 | | |

DEVELOPMENT CO.

| | SUBTOTAL | $76,643.20 |
|---|---|---|
| | 2% DISCOUNT | $1,532.86 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $75,110.34 |
|---|---|---|---|---|---|
| 10/4/2006 | 1114 | 8912 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018



-8pcs @ 8.60   68.80
VOID   75041.54

12-9-06
12-7-06

# HUNG TAT INDUSTRIAL
# DEVELOPMENT CO

**INVOICE#** 1044C

**DATE:** 10/4/2006

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP T** RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#** 19
**CUSTOMER PO#:** 2162   **SHIP VIA:** TRUCKING
**TERMS:** NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|----|-----|-----|-----|-----|------|-------|-------|---------|---------|---------|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1112 | $8.60 | $9,563.20 |
| R1019L R | LIGHT | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 1104 | $8.60 | $9,494.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | | | 2216 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $19,057.60 |
|--|----------|-----------|
| 2% DISCOUNT | | $381.15 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $18,676.45 |
|-----------|----------|-----------|--|-----------------|-----------|
| 10/4/2006 | 277 | 2216 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

(7) + 9 pcs @ 8.60
$77.40

**HUNG TAT INDUSTRIAL DEVELOPMENT CO**
520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE# 1047B
DATE: 10/30/2006

*10-30-06*

*1-23-07*

*1-18-07*

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP TRUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT# 58F
CUSTOMER PO#: 2384  SHIP VIA: TRUCKING
TERMS: NET 60  73

| STYLE | COLOR | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|---------|---------|---------|
| C228GR | GREASE | 216 | 208 | 208 | 208 | 416 | 624 | 213 | 210 | 624 | 211 | 208 | 208 | 208 | 3762 | $8.25 | $31,036.50 |
| C227SM | SMOKE | 64 | 64 | 64 | 64 | 128 | 192 | 64 | 64 | 192 | 64 | 64 | 64 | 64 | 1152 | $8.25 | $9,504.00 |
| | | | | | | | | | | | | | | TOTAL UNITS | 4914 | SUBTOTAL | 40,540.50 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES |
|-----------|----------|------------|
| 10/30/2006 | 273 | 4914 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC
520 8TH AVE SUITE 900 NEW YORK, NY 10018

| PAY THIS AMOUNT | $39,729.69 |
|-----------------|------------|

*39729.69*
*Ⓑ -6pcs @ 8.25*
*<49.50>*
*39680.19*



1-22-07

1-18-07

10-30-06

# HUNG TAT INDUSTRIAL
# DEVELOPMENT CO

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#:   1047A
DATE: 10/30/2006

**SOLD TO:** RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

**SHIP T** RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

**ACOUNT#:**
**DEPT#**   58F

**CUSTOMER PO#:**   2384  **SHIP VIA:**   TRUCKING
**TERMS:**   NET 30   75

| STYLE | COLOR | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|---------|---------|--------|
| C226A | ATLANTIC | 307 | 306 | 308 | 308 | 613 | 919 | 308 | 308 | 919 | 306 | 307 | 307 | 306 | 5522 | $8.25 | $45,556.50 |
| C230P | PACIFIC | 48 | 49 | 51 | 48 | 98 | 149 | 48 | 51 | 147 | 50 | 50 | 48 | 48 | 885 | $8.25 | $7,301.25 |
| C229CL | CLOUD | 140 | 140 | 140 | 143 | 282 | 423 | 141 | 143 | 424 | 141 | 142 | 141 | 140 | 2540 | $8.25 | $20,955.00 |
| C231LB | LIGHT BLAST | 244 | 242 | 242 | 242 | 484 | 726 | 248 | 244 | 726 | 242 | 243 | 244 | 245 | 4372 | $8.25 | $36,069.00 |
| C227SM | SMOKE | 250 | 250 | 250 | 250 | 500 | 750 | 250 | 250 | 750 | 250 | 250 | 250 | 250 | 4500 | $8.25 | $37,125.00 |
| | | | | | | | | | | | | | | | **TOTAL UNITS** | 17819 | |
| | | | | | | | | | | | | | | | **SUBTOTAL** | | 147,006.75 |
| | | | | | | | | | | | | | | | **2% DISCOUNT** | | 2,940.14 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES |
|-----------|----------|------------|
| 10/30/2006 | 990 | 17819 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900, NEW YORK, NY 10018

| **PAY THIS AMOUNT** | **$144,066.62** |
|---|---|

144066.62
-66pcs @ 8.25    ⟨544.50⟩
143522.12