Exhibit F

*Khaotik Love*

~~HUNG TAT INDUSTRIAL~~
**DEVELOPMENT CO**
520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#   1049A

DATE:   11/21/2006

*2-05-07*

*2-01-07*

SOLD TO:   RUE 21 INC          SHIP: RUE 21 INC
           155 THORNHILL ROAD        491 PARK DRIVE
           WARRENDALE PA 15086       WEIRTON WV 26062
           724 776 9780              FAX: 724 776 4111
                                     TRAFFIC DEPARTMENT

ACOUNT#:                 CUSTOMER PO#:   2190   SHIP VIA:   TRUCKING   *RNEW*   *$8.00*
DEPT#      19   TERMS:   NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1027M | MIDNIGHT | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 1488 | $8.50 | $12,648.00 |
| R1026M | MIDNIGHT | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 4592 | $8.50 | $39,032.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | | 6080 | | |
| | | | | | | | | SUBTOTAL | | | | $51,680.00 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | |
|---|---|---|---|---|
| 11/21/2006 | 380 | 6080 | PAY THIS AMOUNT | $51,680.00 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

*51680.00*
*PD 6080 @.50 ⟨3040.00⟩*
*48640.00*
*2%   ⟨1033.60⟩*

*Khaotik Love*

~~HUNG TAT INDUSTRIAL~~
**DEVELOPMENT CO**
520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#    1048
DATE:    11/21/2006

| SOLD TO: | RUE 21 INC | SHIP | RUE 21 INC |
| | 155 THORNHILL ROAD | | 491 PARK DRIVE |
| | WARRENDALE PA 15086 | | WEIRTON WV 26062 |
| | 724 776 9780 | | FAX: 724 776 4111 |
| | | | TRAFFIC DEPARTMENT |

*2-07-07*
*2-01-07*

*RNEW*

| ACOUNT#: | | CUSTOMER PO#: | 2636 | SHIP VIA: | TRUCKING |
| DEPT# | 19 | TERMS: | NET 60 | | |

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1028PD | POTASSIUM DARK | 577 | 578 | 580 | 579 | 577 | 577 | 578 | 578 | 4624 | $8.50 | $39,304.00 |
| R1029RR | ROCK REVIVAL | 570 | 573 | 575 | 570 | 571 | 571 | 570 | 570 | 4570 | $8.50 | $38,845.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | | 9194 | | |
| | | | | | | | | | SUBTOTAL | | | $78,149.00 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES |
|---|---|---|
| 11/21/2006 | 575 | 9194 |

**PAY THIS AMOUNT**    $78,149.00

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

*+ 3pcs @ 8.50*
*(3)   $ 25.50*

*2%*   *1562.98*

*76586.02*

Exhibit G

# TONY C. CHANG

### ATTORNEY AT LAW
### 299 BROADWAY
### SUITE 1700
### NEW YORK, NEW YORK  10007

NEW JERSEY OFFICE:

526 HARMON COVE TOWERS
SECAUCUS, NJ 07094
TEL (646) 229-9190

TEL (212) 868-9190
FAX (212) 868-9335

MEMBER OF NY & NJ BAR

*tcclaw1@verizon.net*

☐ PLEASE REPLY TO NY OFFICE

**Via Federal Express**

January 15, 2007

Pennsylvania Fashions, Inc.
d/b/a Rue 21, Inc.
155 Thornhill Road
Warrendale, PA 15086

Attn.:  Mr  Mike Dayieb

    Re:  **Notice of Default/Collection**
        Creditor:  Pegasus Integrated Consulting Corp.
        Debtor:   Pennsylvania Fashions, Inc. d/b/a Rue 21, Inc.
        Amount:   $552,616.16

Dear Mr. Dayieb:

    This office represents Pegasus Integrated Consulting Corp. and its affiliates in the above-captioned creditor matter.  I have been retained to recover your delinquent account owed to my client from your purchases of goods and merchandise manufactured and delivered.

    According to our client's records, the amount due and owed by you totals **$552,616.16**, an amount of which remains severely past due.  Various efforts have already been made with you in a view toward amicably settling the outstanding account in question, but all to no avail. Please find attached copies of invoices evidencing said debt due and owing.

    As a result, a formal demand is hereby made upon you for full payment of the above-referenced debt.  Payment shall be made payable to this office as attorneys for Pegasus Integrated Consulting Corp.   If you fail to make the required payments we will protect our client's legal and pecuniary interests by available legal means which may include but is not limited to commencing suit and any other legal actions against the debtor to effect the recovery of this sum, plus interest, attorney's fee and other costs in relation thereto, all without further notice to you.

Page Two
Rue 21, Inc.
January 15, 2007


This letter is an attempt to collect a debt and any information obtained will be used for that purpose.

Should you have any questions or comments regarding the above matter please do not hesitate to contact the undersigned.

Very truly yours,

Tony C. Chang


cc: Pegasus Integrated Consulting Corp.

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

INVOICE# 1040A

DATE: 8/25/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP TRUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT# 18

CUSTOMER PO# 1027  SHIP VIA: TRUCKING
TERMS: NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|------|-----|-----|-----|------|-------|-------|---------|---------|--------|
|       |       | 1/2  | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 |         |         |        |
| R1013 | DK.Wash | 512 | 516 | 516 | 512 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
|       |       |     |     |     |     |      |       |       |      |       |            |

|  |  |
|--|--|
| TOTAL UNITS 3598 |  |
| SUBTOTAL | $27,884.50 |
| 2% DISCOUNT | $557.69 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $27,326.81 |
|-----------|----------|------------|--|-----------------|------------|
| 8/25/2006 | 257 | 3598 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#     1040B

DATE:    8/25/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP T RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT#    18
CUSTOMER PO#:    1027  SHIP VIA:    TRUCKING
TERMS:    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|------|-----|-----|-----|-----|------|-------|-------|---------|---------|--------|
| | | | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1014 | Med.Wash | | 514 | 514 | 514 | 514 | 514 | 514 | 514 | 3598 | $7.75 | $27,884.50 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | | 3598 | | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | | SUBTOTAL | $27,884.50 |
|---|---|----------|------------|
| | | 2% DISCOUNT | $557.69 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $27,326.81 |
|-----------|----------|------------|---|-----------------|------------|
| 8/25/2006 | 257 | 3598 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE# 1043C
DATE: 10/4/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP T RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT# 19

CUSTOMER PO#: 2160 SHIP VIA: TRUCKING
TERMS: NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R1019L R | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| R1019L L | LIGHT | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 557 | 4456 | $8.60 | $38,321.60 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | | 8912 | | | |

| | |
|---|---|
| SUBTOTAL | $76,643.20 |
| 2% DISCOUNT | $1,532.86 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $75,110.34 |
|---|---|---|---|---|---|
| 10/4/2006 | 1114 | 8912 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.

520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE# **1044C**

DATE: 10/4/2006

SOLD TO:   RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP T RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:                CUSTOMER PO#:   2162 SHIP VIA:   TRUCKING
DEPT#   19   TERMS:   NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 6/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1112 | $8.60 | $9,563.20 |
| R1019L R | LIGHT | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 1104 | $8.60 | $9,494.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | TOTAL UNITS | | 2216 | | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| | SUBTOTAL | $19,057.60 |
|---|---|---|
| | 2% DISCOUNT | $381.15 |

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $18,676.45 |
|---|---|---|---|---|---|
| 10/4/2006 | 277 | 2216 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.

520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

INVOICE#    1046B

DATE:    9/22/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT#        19

CUSTOMER PO#:  2158  SHIP VIA:   TRUCKING
TERMS:       NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1021V R | VINTAGE | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 556 | 4448 | $8.60 | $38,252.80 |
| R1021V L | VINTAGE | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 498 | 3984 | $8.60 | $34,262.40 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | TOTAL UNITS | | | | 8432 | | |
| | | | | | | | | SUBTOTAL | | | | $72,515.20 |
| | | | | | | | | 2% DISCOUNT | | | | $1,450.30 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $71,064.90 |
|---|---|---|---|---|---|
| 9/22/2006 | 1054 | 8432 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.

520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#    1046C

DATE:    10/4/2006

SOLD TO:    RUE 21 INC          SHIP RUE 21 INC
            155 THORNHILL ROAD       491 PARK DRIVE
            WARRENDALE PA 15086      WEIRTON WV 26062
            724 776 9780             FAX: 724 776 4111
                                     TRAFFIC DEPARTMENT

ACOUNT#:                CUSTOMER PO#:  2158 SHIP VIA:   TRUCKING
DEPT#           19      TERMS:      NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1019L R | LIGHT | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 616 | $8.60 | $5,297.60 |
| R1019L R | LIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 592 | $8.60 | $5,091.20 |
| R1019MI R | MIDNIGHT | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 61 | 488 | $8.60 | $4,196.80 |
| R1019MI L | MIDNIGHT | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 24 | $8.60 | $206.40 |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | | 2312 | SUBTOTAL | $19,883.20 |
| | | | | | | | | | | | 2% DISCOUNT | $397.66 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $19,485.54 |
|---|---|---|---|---|---|
| 10/4/2006 | 289 | 2312 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED
# CONSULTING CORP
520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE# 1047A

DATE: 10/30/2006

SOLD TO: RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP T RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:          CUSTOMER PO#:   2384  SHIP VIA:   TRUCKING
DEPT#    59F    TERMS:       NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|-------|-------|------|------|------|------|------|------|------|------|------|------|------|------|------|---------|---------|--------|
| | | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | | | |
| C228A | ATLANTIC | 307 | 306 | 308 | 306 | 813 | 919 | 308 | 308 | 919 | 306 | 307 | 307 | 306 | 5522 | $8.25 | $45,556.50 |
| C230P | PACIFIC | 48 | 49 | 51 | 46 | 66 | 149 | 48 | 51 | 147 | 50 | 50 | 48 | 48 | 885 | $8.25 | $7,301.25 |
| C229CL | CLOUD | 140 | 140 | 140 | 143 | 282 | 423 | 141 | 143 | 424 | 141 | 142 | 141 | 140 | 2540 | $8.25 | $20,955.00 |
| C231LB | LIGHT BLAST | 244 | 242 | 242 | 242 | 484 | 728 | 248 | 244 | 728 | 242 | 243 | 244 | 245 | 4372 | $8.25 | $36,069.00 |
| C227SM | SMOKE | 250 | 250 | 250 | 250 | 500 | 750 | 250 | 250 | 750 | 250 | 250 | 250 | 250 | 4500 | $8.25 | $37,125.00 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | TOTAL UNITS | 17819 | | |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES |
|-----------|----------|------------|
| 10/30/2006 | 990 | 17819 |

| | |
|---|---|
| SUBTOTAL | 147,006.75 |
| 2% DISCOUNT | 2,940.14 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

| PAY THIS AMOUNT | $144,066.62 |
|-----------------|-------------|

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211   FAX: 212 868 2418

INVOICE#   10478
DATE: 10/30/2006

SOLD TO: RUE 21 INC          SHIP 1 RUE 21 INC
         158 THORNHILL ROAD          491 PARK DRIVE
         WARRENDALE PA 15086         WEIRTON WV 26062
         724 776 9780                FAX: 724 776 4111
                                     TRAFFIC DEPARTMENT

ACOUNT#:          CUSTOMER PO#:  2384  SHIP VIA:  TRUCKING
DEPT#    58F      TERMS:      NET 60

| STYLE | COLOR | 29/30 | 30/30 | 30/32 | 31/32 | 32/30 | 32/32 | 32/34 | 34/30 | 34/32 | 34/34 | 36/32 | 36/34 | 38/32 | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DESCRIPTION | | | | | | | | | |
| C228GR | GREASE | 216 | 208 | 208 | 208 | 416 | 624 | 213 | 210 | 624 | 211 | 208 | 208 | 208 | 3762 | $8.25 | $31,036.50 |
| C227SM | SMOKE | 64 | 64 | 64 | 64 | 128 | 192 | 64 | 64 | 192 | 64 | 64 | 64 | 64 | 1152 | $8.25 | $9,504.00 |

TOTAL UNITS  4914

SUBTOTAL    40,540.50
2% DISCOUNT   810.81

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES |
|---|---|---|
| 10/30/2006 | 273 | 4914 |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

PAY THIS AMOUNT   $39,729.69

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

INVOICE#    1048

DATE:    11/21/2006

SOLD TO:   RUE 21 INC
           155 THORNHILL ROAD
           WARRENDALE PA 15086
           724 776 9780

SHIP:  RUE 21 INC
       491 PARK DRIVE
       WEIRTON WV 26062
       FAX: 724 776 4111
       TRAFFIC DEPARTMENT

ACOUNT#:                    CUSTOMER PO#: 2636  SHIP VIA:    TRUCKING
DEPT#:        19            TERMS:    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNIT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1028PD | POTASSIUM DARK | 577 | 578 | 580 | 579 | 577 | 577 | 578 | 578 | 4624 | $8.50 | $39,304.00 |
| R1029RR | ROCK REVIVAL | 570 | 573 | 575 | 570 | 571 | 571 | 570 | 570 | 4570 | $8.50 | $38,845.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | TOTAL UNITS | | 9194 | | |
| | | | | | | | | | SUBTOTAL | | $78,149.00 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION
*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS
*NO DISCOUNT ON SHIPPING CHARGES
*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT
*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | PAY THIS AMOUNT | $78,149.00 |
|---|---|---|---|---|---|
| 11/21/2006 | 575 | 9194 | | | |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018

# PEGASUS INTEGRATED
# CONSULTING CORP

520 8TH AVE SUITE 900
NEW YORK, NY 10018
TEL: 212 868 2211    FAX: 212 868 2418

**INVOICE#**    1049A

**DATE:**    11/21/2006

SOLD TO:    RUE 21 INC
155 THORNHILL ROAD
WARRENDALE PA 15086
724 776 9780

SHIP RUE 21 INC
491 PARK DRIVE
WEIRTON WV 26062
FAX: 724 776 4111
TRAFFIC DEPARTMENT

ACOUNT#:
DEPT#    19

CUSTOMER PO#:    2190 SHIP VIA:    TRUCKING
TERMS:    NET 60

| STYLE | COLOR | DESCRIPTION | | | | | | | | TTL UNT | UNT PRC | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 1/2 | 3/4 | 5/6 | 7/8 | 9/10 | 11/12 | 13/14 | | | |
| R1027M | MIDNIGHT | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 186 | 1488 | $8.50 | $12,648.00 |
| R1026M | MIDNIGHT | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 574 | 4592 | $8.50 | $39,032.00 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | TOTAL UNITS | 6080 | |
| | | | | | | | | | SUBTOTAL | | $51,680.00 |

*NO RETURNS ACCEPTED WITHOUT PRIOR AUTHORIZATION

*AUTHORIZATION LABELS MUST BE AFFIXED TO ALL RETURNS

*NO DISCOUNT ON SHIPPING CHARGES

*NO RETURNS OR CLAIMS ALLOWED AFTER 5 DAYS FROM THE DATE OF RECEIPT OF SHIPMENT

*OUR RECEIVEING DEPARTMENT WILL ACCEPT NO RETURNS UNLESS WE RECEIVE COMMUNICATION IN ADVANCE

| SHIP DATE | NO. CTNS | NO. PIECES | | | |
|---|---|---|---|---|---|
| 11/21/2006 | 380 | 6080 | | **PAY THIS AMOUNT** | **$51,680.00** |

ALL INVOICES PAYABLE TO PEGASUS INTERGRATED CONSULTING INC.
520 8TH AVE SUITE 900  NEW YORK, NY 10018