## CERTIFICATE OF SERVICE

I, Zoe Feinberg, hereby certify that on the 2nd day of July, 2007, I caused a true and correct copy of the foregoing Affidavit of Michael Dayieb in Support of Defendant rue21, Inc.'s Motion to Dismiss the Complaint, or in the Alternative, to Transfer Venue, to be served by filing with the Court's Electronic Case Filing system and in addition, by first class mail, postage prepaid, addressed to:

> Tony C. Chang, Esq.
> 299 Broadway, Suite 1700
> New York, New York 10007

_____
Zoe Feinberg