# ReedSmith

Andrew L. Morrison
Direct Phone: +1 212 521 5422
Email: amorrison@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

June 25, 2007

*Application granted. Oral argument will be held on July 13, 2007 at 10:00 A.M.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
07/03/07

BY HAND DELIVERY

Honorable William H. Pauley
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
Chambers 2210
New York, New York  10007

Re:   Pegasus Integrated Consulting Corp. v. rue21, Inc.
      07 cv 3245 (WHP)

Dear Judge Pauley:

We represent the Defendant, rue21, Inc. which has filed a motion to dismiss or transfer this action for improper venue and failure to state a claim. <u>I am writing to respectfully request that rue21, Inc.'s time to file its reply papers on the pending motion to dismiss or transfer in the above-referenced case be extended by two business days, from June 29, 2007 to July 3, 2007, in light of the improper filing and service of Plaintiff's opposition papers as described herein.</u>

In accordance with the schedule set by the Court at the May 18, 2007 conference (which Plaintiff's counsel failed to attend), rue21's motion to dismiss papers were to be filed, and were filed, on May 30, 2007, Plaintiff's opposition papers were to be filed on June 20, 2007 and rue21's reply papers are scheduled to be filed on June 29, 2007.  Oral argument is scheduled for July 13, 2007.  As this case was designated for ECF filing on April 23, 2007, Plaintiff's opposition papers should have been electronically filed and served on rue21 on June 20, 2007.

Late in the day of June 20, rue21's counsel received a copy of a letter from Plaintiff's counsel, attached as Exhibit A, providing a courtesy copy of Plaintiff's opposition papers to the Court and representing that these papers had been filed and served upon rue21.  However, rue21 did not receive (and has never received) electronic notice of the filing and believes, based on a review of the docket, that Plaintiff's opposition papers were not electronically filed as required.  Nor did rue21 receive "hard copy" service on June 20.

At approximately 10:00 a.m. on June 21, 2007, the undersigned and Michael E. Lowenstein, Esquire, co-counsel for rue21 located in our firm's Pittsburgh office, telephoned counsel for Plaintiff. We were unable to reach Plaintiff's counsel but left him a voicemail advising him that we had not received the opposition papers and requesting that they be provided immediately.  In the afternoon of

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

PGHLIB-2081590.1-ALMORRIS 6/25/07 11:09 AM

Honorable William H. Pauley
June 25, 2007
Page 2

**ReedSmith**

June 21, 2007, still having received no response, Mr. Lowenstein sent the letter attached as Exhibit B to counsel for Plaintiff reiterating this request.

Finally, on June 22, two days after they should have been received, counsel for rue21 received the opposition papers by regular mail. We have never received a response from counsel for Plaintiff to either the June 21 voicemail or the June 21 letter. rue21 strenuously objects to Plaintiff's attempt to profit from its failure to file by ECF by refusing to correct the error and provide rue21 with the papers it should have received on June 20 and, indeed, refusing even to respond to two very polite but clear requests that it do so. rue21 has been prejudiced by the two days that it lost as a result of Plaintiff's tactics and respectfully requests that its time to file its reply papers therefore be extended by two business days to July 3, 2007.

Respectfully,

REED SMITH LLP

By: *[signature]*
Andrew L. Morrison

ALM:clbl

Attachments

cc:   Tony C. Chang, Esquire *(via Fax to 212-868-9335)*
      Michael E. Lowenstein, Esquire


SO ORDERED:

_____
U.S.D.J.

# TONY C. CHANG
### ATTORNEY AT LAW
### 299 BROADWAY
### SUITE 1700
### NEW YORK, NEW YORK 10007

TEL (212) 868-9190
FAX (212) 868-9335

*tcclaw@earthlink.net*

MEMBER OF NY & NJ BAR

**NEW JERSEY OFFICE:**
526 HARMON COVE TOWERS
SECAUCUS, NJ 07094
TEL (646) 229-9190

☐ PLEASE REPLY TO NY OFFICE

## FACSIMILE TRANSMISSION COVER

| Date: | June 20, 2007 | Number of pages including cover sheet: | 2 |
|---|---|---|---|
| To: | Andrew L. Morrison, Esq. | Fax Numbers: | 212 521-5450 |
| From: | Tony C. Chang, Esq. | | |

| Re: | Pegasus Integrated Consulting Corp. v. ruc21, Inc. |
|---|---|

**REMARKS:**  ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please comment

**CONFIDENTIAL COMMUNICATIONS**: THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OR HOLDER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE FORWARD THIS TRANSMISSION TO THE INTENDED RECIPIENT ONLY. OTHERWISE, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**EXHIBIT A**

# TONY C. CHANG
ATTORNEY AT LAW
299 BROADWAY
SUITE 1700
NEW YORK, NEW YORK 10007

TEL (212) 868-9190
FAX (212) 868-9335

*tcclaw@earthlink.net*

MEMBER OF NY & NJ BAR

NEW JERSEY OFFICE:
526 HARMON COVE TOWERS
SECAUCUS, NJ 07094
TEL (646) 229-8190

☐ PLEASE REPLY TO NY OFFICE

June 20, 2007

**Via Hand Delivery**

Honorable William H. Pauley III
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2210
New York, New York 10007

Re: Pegasus Integrated Consulting Corp. v. rue21, Inc.
Case No.: 07 Civ. 3245 (WHP)

Dear Honorable Pauley III:

This office represents the plaintiff, Pegasus Integrated Consulting Corp., in connection with the above-referenced matter. In connection with defendant rue21, Inc.'s Motion to Dismiss the Complaint or, in the alternative, to transfer venue, I am enclosing courtesy copies of the following documents:

1. Affidavit of Frank Chih, sworn to on June 19, 2007
2. Pegasus's Memorandum of Law.

These documents were previously served on counsel for Defendant and filed with the Clerk of the Court.

Respectfully submitted,

Tony C. Chang

Encls.

cc: Andrew L. Morison, Esq. (via facsimile w/o enclosures)

# ReedSmith

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
+1 412 288 3131
Fax +1 412 288 3063

Michael E. Lowenstein
Direct Phone: 412.288.4242
Email: mlowenstein@reedsmith.com

June 21, 2007

BY FAX TO 212.868.9335 AND U.S. MAIL

Tony C. Chang, Esquire
299 Broadway, Suite 1700
New York, NY 10007

    Re:    Pegasus Integrated Consulting Corp. v. rue21, inc.
            Case No. 07 CV 3245 (WHP)

Dear Mr. Chang:

Further to the voicemail that Andrew Morrison and I left with you at 10:00 a.m. this morning, we still have not received a copy of Plaintiff's opposition papers. Nor have we received any notice from the Court; this indicates to us that the opposition papers were not electronically filed as required, and which would have afforded us access to these papers yesterday.

As you know, we have a limited period in which to file reply papers and so this delay is prejudicial. Our practice is to be reasonable regarding timing issues and not to burden the Court with small matters, but if these papers are not received immediately this afternoon, we will need to take this matter up with the Court. My fax number is 412-288-3063 and you have Andrew's fax number. You also can email a PDF of the papers to me at mlowenstein@reedsmith.com.

Thank you in advance for your prompt attention to this matter.

Very truly yours,

REED SMITH LLP

By: *[signature]*
Michael E. Lowenstein

MEL:clbl

cc:    Andrew L. Morrison, Esquire

EXHIBIT B

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

PGHLIB-2079858.1-MELOWENS 6/21/07 2:59 PM

```
                    JOB STATUS REPORT

                                      TIME  : 06/21/2007 15:08
                                      NAME  : REED SMITH LLP
                                      FAX#  : 412-288-3063
                                      TEL#  :
                                      SER.# : 000006060408

    DATE,TIME              06/21  15:07
    FAX NO./NAME           912128689335
    DURATION               00:00:40
    PAGE(S)                02
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# ReedSmith

# FAX TRANSMITTAL

**From: Michael E. Lowenstein**
Direct Phone: 412.288.4242
Email: mlowenstein@reedsmith.com
Date:    June 21, 2007

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
+1 412 288 3131
Fax +1 412 288 3063

**Total Number Of Pages Including Cover Page 2**

## FAX TO

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| Tony C. Chang, Esquire | | 212 868 9335 | |

**Original will follow via:**  ☒ Regular Mail   ☐ Overnight Delivery   ☐ Messenger   ☐ None

**NOTES:**

**If you do not receive all of the pages, please call Carla L.B. Lampel at 412-288-4243.**