UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PEGASUS INTEGRATED,

                 Plaintiff,

    -against-

RUE 21,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 3245

ORDER

WILLIAM H. PAULEY III, District Judge:

    For the reasons set forth on the record on July 13, 2007, Defendant Rue 21's motion to dismiss is granted. The Clerk of Court is directed to mark this case closed.

Dated: August 30, 2007
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/07